**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

Boscaino Collision & Towing Corp.,
Individually and on behalf of itself and other
similarly situated collision repair shops and
towing companies located in the City of New York

                     Plaintiffs,

    - against -

Rudolph J. Meola,
Law Office of Rudolph J. Meola, and
Meola Law Firm

                  Defendants.
-----------------------------------------------------------x

Docket No: 23-CV-7510

**COMPLAINT**

Plaintiff by their attorneys, ROSEN LAW LLC for its complaint in this action, alleges as follows:

## JURISDICTION AND VENUE

1.    That the United States District Court for the Eastern District of New York has jurisdiction over the parties, pursuant to 28 U.S.C. §1692, et.seq. (Fair Debt Collection Practices Act), 15 USC §1, 28 U.S.C. §1331, 15 U.S.C. §1692k(d) and supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367(a). Declaratory relief is available pursuant to 28 U.S.C. §§2201(a) and 2202.

2.    The United States District Court for the Eastern District of New York has venue pursuant to 28 U.S.C. §1391 because it is the district where a substantial part of the events giving rise to Plaintiffs' claims occurred – namely, where the vehicles which were the subject of this action and of the garageman's liens were towed, stored and located.

## JURY DEMAND

3.      Plaintiff demands a jury trial.

## FACTS OF THIS CASE

4.      This is an action brought under the Fair Debt Collection Practices Act, Sherman Act, and New York law.

5.      This action is brought against Defendants because Defendants have engaged in the improper practice of commencing lawsuits and proceedings over the course of more than twenty years[1], in the Supreme Court of the State of New York, County of Albany, an improper venue, against hundreds or thousands of automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County on behalf of Defendants' clients to vacate garageman's liens filed by automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County for fees for the towing and storage of motor vehicles.

---

[1] Twenty years refers to Defendant Rudolph Meola and his entities that were the predecessors of the Law Office of Rudolph J. Meola and Meola Law LLC.

6.    Upon information and belief, some of the recent proceedings that Defendants commenced in the Supreme Court of the State of New York, Albany County, New York against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County are as follows, upon information and belief, based solely on having venue in Albany County by naming the New York State Department of Motor Vehicles as a party respondent.

| Petitioner | Respondent | Case # in Supreme Court, Albany County | Date Filed |
|---|---|---|---|
| Ally Bank | BX Auto Concept Corp | 909052-23 | 9/22/2023 |
| American Honda Finance Corp. | BX Auto Concept Corp | 909051-20 | 9/22/2023 |
| Santander Consumer USA, Inc. | Sullivan's Service Station | 909024-23 | 9/22/2023 |
| TD Bank, NA | BX Auto Concept Corp | 909048-23 | 9/22/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | BX Auto Concept Corp | 909049-23 | 9/22/2023 |
| American Honda Finance Corp., | Park 139th LLC | 908942-23 | 9/21/2023 |
| CCAP Auto Lease LTD | First Choice Collision Corp | 908590-23 | 9/21/2023 |
| Chrysler Capital | 800 Flatbush Ave Parking LLC | 908929-23 | 9/21/2023 |
| Santander Consumer USA, Inc. | Bowery Auto Body Inc. | 908933-23 | 9/21/2023 |
| Santander Consumer USA, Inc. | Big Tows, Inc. | 908924-23 | 9/21/2023 |
| TD Bank, NA | Carzmetics Auto Salon | 908952-23 | 9/21/2023 |
| Acar Leasing LTD and Wells Fargo Bank NA | AK Collision Inc. | 908620--23 | 9/14/2023 |
| Mercedes-Benz Financial Services USA LLC | Bumper To Bumper Auto Experts Corp. | 908626-23 | 9/14/2023 |
| Palisades Funding Corp. | Helms Bros Inc. | 908623-23 | 9/14/2023 |

| Santander Consumer USA, Inc. | Novak Auto Corp. | 908629-23 | 9/14/2023 |
|---|---|---|---|
| American Honda Finance Corporation | Nuplus Towing & Recovery Corp. | 908602-23 | 9/13/2023 |
| Nissan Motor Acceptance Company LLC | M&N Repair & Body Shop Inc. | 908295-23 | 8/31/2023 |
| TD Bank, NA | Eurowise Auto Workz LLC | 908297-23 | 8/31/2023 |
| TD Bank, NA | Eurowise Auto Workz LLC | 908297-23 | 8/31/2023 |
| Flagship Credit Acceptance LLC | Riverdale Fast Parking Corp. | 908273-23 | 8/30/2023 |
| Mercedes-Benz Financial Services USA LLC | Auto Magic Coll CTR & Towing Inc. | 908243-23 | 8/30/2023 |
| Westlake Financial Services | Xaiver Truck Road Service Inc. | 908271-23 | 8/30/2023 |
| Westlake Services LLC dba Westlake Financial Services | Rays Service Center Inc. | 908249-23 | 8/30/2023 |
| Ally Bank | Ford Of Smithtown | 907287-23 | 8/3/2023 |
| Ally Bank | Serna Enterpirse Inc. | 907231-23 | 8/2/2023 |
| Ally Bank | Serna Enterprises Inc. | 907231-23 | 8/2/2023 |
| Ally Bank | Fazio Bros, Auto Inc. | 907219-23 | 8/2/2023 |
| Ally Capital | CC&E Automotive Corp. | 907250-23 | 8/2/2023 |
| Ally Capital | Hard Core Automotive Corp. | 907248-23 | 8/2/2023 |
| Ally Capital | CC&E Automotive Corp. | 907250-23 | 8/2/2023 |
| Ally Capital | Hard Core Automotive Corp. | 907248-23 | 8/2/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | One Choice Automotive | 9077260-23 | 8/2/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | One Choice Automotive | 907261-23 | 8/2/2023 |
| Westlake Financial Services | Runaway Towing Corp. | 907257-23 | 8/2/2023 |
| Westlake Financial Services | Runaway Towing Corp. | 907257-23 | 8/2/2023 |
| Westlake Financial | Pro Shop North Auto | 907256-23 | 8/2/2023 |

| Services | Body | | |
|---|---|---|---|
| Mercedes-Benz Financial Services USA LLC | H&S Auto Body Work | 907158-23 | 7/31/2023 |
| Mercedes-Benz Financial Services USA LLC | H&S Auto Body Work | 907158-23 | 7/31/2023 |
| Santander Consumer USA, Inc. | Auto Body & Collision Inc. | 907158-23 | 7/31/2023 |
| Santander Consumer USA, Inc. | Fulton Auto Body & Collision | 907159-23 | 7/31/2023 |
| Nissan Motor Acceptance Company LLC | Northside Auto II Inc. | 907106-23 | 7/28/2023 |
| Nissan Motor Acceptance Company LLC | Northside Auto II Inc. | 907106-23 | 7/28/2023 |
| Santander Consumer USA, Inc. | A&P Towing And Transport, Inc. | 907087-23 | 7/28/2023 |
| Toyota Motor Credit Corporation | Hollis Court Collision & Recovery Inc. | 907109-23 | 7/28/2023 |
| Toyota Motor Credit Corporation | Hollis Court Collision & Recovery Inc. | 907109-23 | 7/28/2023 |
| Toyota Motor Credit Corporation | Runaway Towing Corp. | 907086-23 | 7/28/2023 |
| Westlake Financial Services | Hudson Collision 1 Inc. | 907072-23 | 7/28/2023 |
| Westlake Financial Services | TKO Service Corp. | 907085-23 | 7/28/2023 |
| Westlake Financial Services | TKO Service Corp. | 907085-23 | 7/21/2023 |
| CCAP Auto Lease LTD | Martino Auto Concepts | 906808-23 | 7/20/2023 |
| Mercedes-Benz Financial Services USA LLC | Collision Proz Autobody Corp. | 906803-23 | 7/20/2023 |
| Mercedes-Benz Financial Services USA LLC | Collision Proz Autobody Corp. | 906803-23 | 7/20/2023 |
| Santander Consumer USA, Inc. | Brooklyn Road Runner Corp. | 906810-23 | 7/20/2023 |
| Santander Consumer USA, Inc. | Brooklyn Road Runner Corp. | 906810-23 | 7/20/2023 |
| Santander Consumer | AAAA Nassau Inc. | 906806-23 | 7/20/2023 |

| USA, Inc. | | | |
|---|---|---|---|
| Toyota Motor Credit Corporation | D Best Auto Repair Inc. | 906807-23 | 7/20/2023 |
| Toyota Motor Credit Corporation | D Best Auto Repair Inc. | 906807-23 | 7/20/2023 |
| Westlake Financial Services | Hunts Point Service Station | 906429-23 | 7/20/2023 |
| Flagship Credit Acceptance LLC | Myrtle Ave Parking | 906425-23 | 7/12/2023 |
| Santander Consumer USA, Inc. | Hyatts Garage Inc. | 906413-23 | 7/12/2023 |
| Santander Consumer USA, Inc. | Hyatts Garage Inc. | 906413-23 | 7/12/2023 |
| TD Bank, NA | Auto Storage Systems, Inc. | 906385-23 | 7/12/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | Studio Cars LLC | 906410-23 | 7/12/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | Studio Cars LLC | 906410-23 | 7/12/2023 |
| American Honda Finance Corp. | Kwik Automotive LLC | 905516-23 | 6/22/2023 |
| CCAP Auto Lease LTD | Auto Fresh Inc. | 905517-23 | 6/22/2023 |
| Santander Consumer USA, Inc. | Angel Auto Repair | 905510-23 | 6/22/2023 |
| Santander Consumer USA, Inc. | Angel Auto Repair | 905510-23 | 6/22/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | K And B Auto Corp | 905518-23 | 6/22/2023 |
| Nissan Motor Acceptance Company LLC | Excellence Auto & Towing | 905440-23 | 6/21/2023 |
| Nissan Motor Acceptance Company LLC | Excellence Auto & Towing | 905440-23 | 6/21/2023 |
| Noble | RPS Auto Inc. | 905439-23 | 6/21/2023 |
| Toyota Motor Credit Corp. | FR Limo, Inc. | 905442-23 | 6/21/2023 |
| Toyota Motor Credit Corp. | FR Limo, Inc. | 905442-23 | 6/21/2023 |
| Westlake Financial | Clutch Towing Inc. | 905442-23 | 6/21/2023 |

| | | | |
|---|---|---|---|
| Services | | | |
| Westlake Financial Services | Bob and Fred Bethpage Auto Body | 905451-23 | 6/21/2023 |
| Westlake Financial Services LLC dba Westlake Financial Services | Clutch Towing Inc. | 905452-23 | 6/21/2023 |
| Westlake Financial Services LLC dba Westlake Financial Services | Bob and Fred Bethpage Auto Body | 905451-23 | 6/21/2023 |
| Daimler Truck Financial Services USA, LLC | Seferino Robles Transportation LLC | 905306-23 | 6/19/2023 |
| Affinity Federal Credit Union | Autorama Enterprises, Inc. | 904878-23 | 6/6/2023 |
| Flagship Credit Acceptance LLC | All Star Auto Repair | 904375-23 | 6/2/2023 |
| HVT, Inc. | Spark Plug Automotive Inc. | 904709-23 | 6/1/2023 |
| HVT, Inc. | Spark Plug Automotive Inc. | 904709-23 | 6/1/2023 |
| Mercedes-Benz Financial Services USA LLC | Auto Security Unlimited, Inc. | 904705-23 | 6/1/2023 |
| Mercedes-Benz Financial Services USA LLC | Auto Security Unlimited, Inc. | 904705-23 | 6/1/2023 |
| TD Bank, NA | Dent Buster Autobody & Collision | 904729-22 | 6/1/2023 |
| Toyota Motor Credit Corporation | Gravesend Auto Ent Inc. | 904699-23 | 6/1/2023 |
| Toyota Motor Credit Corporation | Gravesend Auto Ent Inc. | 904699-23 | 6/1/2023 |
| American Honda Finance Corp. | Jedi Auto Works Collision | 904691-23 | 5/31/2023 |
| First New York FCU | Towaway LLC | 904685-23 | 5/31/2023 |
| Hyundai Capital America, Inc. and Hyundai Lease Titling Trust | Competition Motorsportz LLC | 90683-23 | 5/31/2023 |
| TD Bank, NA | Even Harder Automotive Corp. | 904229-23 | 5/12/2023 |
| M&T Bank | Pemco Contracting Inc. | 904208-23 | 5/11/2023 |

| | | | |
|---|---|---|---|
| Exeter Finance LLC | Franco Collision Inc. | 904193-23 | 5/10/2023 |
| Exeter Finance LLC | Franco Collision Inc. | 904193-23 | 5/10/2023 |
| Hyundai Capital America, Inc. and Hyundai Lease Titling Trust | Spray City Inc. | 904198-23 | 5/10/2023 |
| Santander Consumer USA, Inc. | Enchanted Mountain Recovery | 904187-23 | 5/10/2023 |
| Toyota Motor Credit Corporation | BX Auto Concept Corp. | 904197-23 | 5/10/2023 |
| Toyota Motor Credit Corporation | Jeg Auto Repair, Inc | 904183-23 | 5/10/2023 |
| Toyota Motor Credit Corporation | BX Auto Concept Corp. | 904197-23 | 5/10/2023 |
| First New York FCU | Strong Towing & Recovery LLC | 904156-23 | 5/9/2023 |
| First New York FCU | Essentials Auto Repair | 904155-23 | 5/9/2023 |
| First New York FCU | Strong Towing & Recovery LLC | 904156-23 | 5/9/2023 |
| First New York FCU | Essentials Auto Repair | 904155-23 | 5/9/2023 |
| Ally Bank | Page's Automotive And Towing Inc. | 903559-23 | 4/19/2023 |
| Ally Bank | Page's Automotive And Towing Inc. | 903559-23 | 4/19/2023 |
| Ally Bank Lease Trust | Parkchester Tremont Parking Corp. | 903587-23 | 4/19/2023 |
| Ally Bank Lease Trust | Fix A Dent Auto Body | 903561-23 | 4/19/2023 |
| Ally Bank Lease Trust | Parkchester Tremont Parking Corp. | 903587-23 | 4/19/2023 |
| Hyundai Capital America, Inc. | PA Collision Concepts Inc. | 903588-23 | 4/19/2023 |
| Santander Consumer USA, Inc. | H&S Auto Body Work | 903592-23 | 4/19/2023 |
| Santander Consumer USA, Inc. | Don Glo Towing | 903438-23 | 4/17/2023 |
| Toyota Motor Credit Corporation | Tint World | 903432-23 | 4/17/2023 |
| Toyota Motor Credit Corporation | Tint World | 903432-23 | 4/17/2023 |
| HVT, Inc. | 63 Auto Body LLC | 903383-23 | 4/14/2023 |
| Santander Consumer USA, Inc. | Superior Copiague Collision | 903374-23 | 4/14/2023 |
| TD Bank, NA | Woodstock Auto Body | 903372-23 | 4/14/2023 |

| | | | |
|---|---|---|---|
| Toyota Motor Credit Corporation | Gravesend Auto Ent Inc. | 903384-23 | 4/14/2023 |
| Toyota Motor Credit Corporation | Gravesend Auto Ent Inc. | 903384-23 | 4/14/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | Critical Automotive Inc. | 903380-23 | 4/14/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | Crticial Automotive Inc. | 903380-23 | 4/14/2023 |
| Santander Consumer USA, Inc. | Smart Prestige Inc. | 903228-23 | 4/11/2023 |
| Santander Consumer USA, Inc. | Smart Prestige Inc. | 903228-23 | 4/11/2023 |
| Credit Acceptance Corporation | D Macarthur Auto Body LTD | 903030-23 | 4/6/2023 |
| VW Credit Inc and VW Credit Leasing LTD | Toms Towing & Recovery, Inc. | 903031-23 | 4/6/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | Toms Towing & Recovery, Inc. | 902995-23 | 4/6/2023 |
| HVT, Inc. | CJ Towing & Auto Repair Inc. | 902995-23 | 4/5/2023 |
| HVT, Inc. | CJ Towing & Auto Repair Inc. | 902995-23 | 4/5/2023 |
| Santander Consumer USA, Inc. | NU Look Auto Body Builders, Inc. | 902720-23 | 3/29/2023 |
| Santander Consumer USA, Inc. | J&J Prestige Auto Collision & Repair Inc. | 902719-23 | 3/29/2023 |
| Santander Consumer USA, Inc. | Matt's Auto Body | 902723-23 | 3/29/2023 |
| Santander Consumer USA, Inc. | Gotham Auto Enterprises, Inc. | 902721-23 | 3/29/2023 |
| Santander Consumer USA, Inc. | NU Look Auto Body Builders, Inc. | 902720-23 | 3/29/2023 |
| Santander Consumer USA, Inc. | J&J Prestige Auto Collision & Repair Inc. | 902719-23 | 3/29/2023 |
| Santander Consumer USA, Inc. | Spark Plug Automotive Inc. | 902571-23 | 3/23/2023 |
| Audi Financial Services | Auto Body Pro Shop, Inc. | 902558-23 | 3/22/2023 |
| Santander Consumer USA, Inc. | Runaway Towing Corp. | 902550-23 | 3/22/2023 |

| | | | |
|---|---|---|---|
| Santander Consumer USA, Inc. | Runaway Towing Corp | 902550-23 | 3/22/2023 |
| Daimler Trust and Daimler Title Co. | Townfessional Auto Repair LLC, | 901960-23 | 3/1/2023 |
| Santander Consumer USA, Inc. | A&J Towing & Auto Body, Inc. | 901967-23 | 3/1/2023 |
| Chrysler Capital | Rockbottom Road Service Inc. | 901944-23 | 2/28/2023 |
| Hyundai Capital America, Inc. and Hyundai Lease Titling Trust | BT Automotive Inc. | 901941-23 | 2/28/2023 |
| American Honda Finance Corp. | Blue Star Brothers Auto Repair, LLC | 901880-23 | 2/27/2023 |
| American Honda Finance Corp. | Blue Star Brothers Auto Repair, LLC | 901880-23 | 2/27/2023 |
| Hyundai Capital America, Inc. and Hyundai Lease Titling Trust | BT Automotive Inc. | 901941-23 | 2/27/2023 |
| TD Bank, NA | TMT Collision Specialist LLC | 901660-23 | 2/17/2023 |
| Mercedes-Benz Financial Services USA LLC | Auto Body Plug Inc. | 901588-23 | 2/16/2023 |
| American Honda Finance Corp. | Carter Ave Parking Corp. | 901439-23 | 2/10/2023 |
| American Honda Finance Corp. | Carter Ave Parking Corp. | 901439-23 | 2/10/2023 |
| Chrysler Capital | Liza Browns Auto Body Corp. | 901430-23 | 2/10/2023 |
| Mercedes-Benz Financial Services USA LLC | Empire CC Auto Body | 901446-23 | 2/10/2023 |
| Santander Consumer USA, Inc. | Empire Automotive Collision, Inc | 901444-23 | 2/10/2023 |
| Santander Consumer USA, Inc. | Tow Authority Automotive Inc | 901443-23 | 2/10/2023 |
| Santander Consumer USA, Inc. | Empire Automotive Collision, Inc. | 901444-23 | 2/10/2023 |
| Santander Consumer USA, Inc. | Tow Authority Automotive Inc | 901443-23 | 2/10/2023 |
| Chrysler Capital | Liza Browns Auto Body Corp. | 901430-23 | 2/9/2023 |

| Chrysler Capital | Edgewater Collision Inc. | 901420-23 | 2/9/2023 |
|---|---|---|---|
| Daimler Trust and Daimler Title Co. | Jade Black Collision | 901429-23 | 2/9/2023 |
| Daimler Trust and Daimler Title Co. | Jade Black Collision | 901429-23 | 2/9/2023 |
| Santander Consumer USA, Inc. | Pro Shop Auto Body | 901391-23 | 2/9/2023 |
| Santander Consumer USA, Inc. | Pro Shop Auto Body Inc. | 901423-23 | 2/9/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | Auto Body Plug | 901421-23 | 2/9/2023 |
| VW Credit Inc., and VW Credit Leasing LTD | Auto Body Plug Inc. | 901421-23 | 2/9/2023 |
| Chrysler Capital | Champion Motor Sports LLC | 901391-23 | 2/8/2023 |
| HVT, Inc. | Upstate Collision, Inc. | 901394-23 | 2/8/2023 |
| Ally Bank | A&A Motors And Towing Inc. | 901336-23 | 2/7/2023 |
| Ally Bank | Tow-Rific Auto Service LLC | 901342-23 | 2/7/2023 |
| Ally Bank | Tow-Rific Auto Service LLC | 901338-23 | 2/7/2023 |
| American Honda Finance Corporation | Its Our Time Automotive Inc. | 901143-23 | 2/2/2023 |
| Manufacturers And Traders Trust Co | Grand National Collision | 901159-23 | 2/2/2023 |
| Mercedes-Benz Financial Services USA LLC | St. Foreign Auto | 901159-23 | 2/2/2023 |
| Daimler Trust and Daimler Title Co. | Matts Towing | 900022-23 | 1/3/2023 |
| Kia Motors Finance | Tamia's Auto Collision Corp. | 900025-23 | 1/3/2023 |
| TD Bank, NA | Action Autobody Inc. | 900019-23 | 1/3/2023 |
| Toyota Motor Credit Corporation | Astoria Height Auto Collision | 900016-23 | 1/3/2023 |
| Chrysler Capital | N&R Autobody Inc. | 909695-22 | 12/21/2022 |
| VW Credit Inc., and VW Credit Leasing LTD | Tamia's Ato Collision Corp. | 909374-22 | 12/13/2022 |
| American Honda Finance Corp. | For The Community Parking Garage | 909251-22 | 12/9/2022 |

| | | | |
|---|---|---|---|
| Island Federal Credit Union | Port Empire Auto Works | 909251-22 | 12/9/2022 |
| Island Federal Credit Union | Matrix Auto Collision, Inc. | 909240-22 | 12/8/2022 |
| Santander Consumer USA, Inc. | Kwik Automotive LLC | 908853-22 | 11/23/2022 |
| Santander Consumer USA, Inc. | All About Motive, Inc. | 908568-22 | 11/15/2022 |
| Santander Consumer USA, Inc. | CAS Auto Body & Repair Corp | 908406-22 | 11/7/2022 |
| Toyota Motor Credit Corp. | Finest Automotive Recovery | 908403-22 | 11/7/2022 |
| Toyota Motor Credit Corporation | Online Automotive, Inc. | 908406-22 | 11/7/2022 |
| American Honda Finance Corporation | Math Auto Body | 908216-22 | 10/27/2022 |
| Santander Consumer USA, Inc. | Inwood Parking & Dealer Corp | 908210-22 | 10/27/2022 |
| Equity Auto Finance Inc. | Entourage Automotive Group | 908049-22 | 10/20/2022 |
| TD Bank, NA | Vans Auto Body, Inc | 908032-22 | 10/20/2022 |
| Toyota Motor Credit Company | Africa United Auto Inc. | 908053-22 | 10/20/2022 |
| Americredit Financial Services, Inc. | Horizon Auto Body, Inc. | 907366-22 | 9/30/2022 |
| HVT, Inc. | M&J Tire Shop | 907338-22 | 9/29/2022 |
| Santander Consumer USA, Inc. | Bronx Park Auto Body, Inc. | 907339-22 | 9/29/2022 |
| American Honda Finance Corporation | M&M Best Auto Station, Inc | 907251-22 | 9/27/2022 |
| Santander Consumer USA, Inc. | Auto Body & Collision | 907254-22 | 9/27/2022 |
| CCAP Auto Lease LTD | Yellow Bird Auto Center, Inc | 906957-22 | 9/16/2022 |
| Santander Consumer USA, Inc. | Dart Automotive LLC | 906495-22 | 8/30/2022 |
| Toyota Motor Credit Corporation | AAY Enterprises, Inc. | 906398-22 | 8/26/2022 |
| Ally Bank | Brook Parking Garage, Inc. | 906315-22 | 8/24/2022 |
| HVT, Inc. | Hudson Collision | 906320-22 | 8/24/2022 |
| I Center LLC | Jonathon & Son Auto Repair Inc. DBA Jonathon Auto Repair | 906152-22 | 8/16/2022 |

| Toyota Motor Credit Corp. | A1 Auto Repair Shop | 906154-22 | 8/16/2022 |
|---|---|---|---|
| American Honda Finance Corp. | Liberato Auto Collison Corp. | 906901-22 | 8/11/2022 |
| Ally Bank | Gaberiel Auto Repair | 905654-22 | 7/26/2022 |
| Ally Bank Lease Trust | Five Star Auto Body | 905656-22 | 7/26/2022 |
| Ally Financial Inc. | Elite 365 Auto Body | 905655-22 | 7/26/2022 |
| Audi Financial Services | Perfection Auto Services, Inc. | 905657-22 | 7/26/2022 |
| Exeter Finance Corp. | A Metropolis Quick Fix Automotive Inc. | 905658-22 | 7/26/2022 |
| Santander Consumer USA, Inc. | Nuplus Towing & Recovery Corp. | 905642-22 | 7/26/2022 |
| TD Bank, NA | Hi Tech Transmissions & Autocare, Inc. | 905640-22 | 7/26/2022 |
| VW Credit Inc. | Copart | 905638-22 | 7/26/2022 |
| VW Credit Inc., and VW Credit Leasing LTD | Bronx Auto Concept Corp. | 905643-22 | 7/26/2022 |
| Ally Capital | BX Auto Concept | 905445-22 | 7/18/2022 |
| Daimler Trust and Daimler Title Co. | Autorama Enterprises, Inc. | 905448-22 | 7/18/2022 |
| First New York FCU | Downing Towing | 905447-22 | 7/18/2022 |
| Chrysler Capital | Kobys Automotive Inc. | 905390-22 | 7/15/2022 |
| Chrysler Capital | Brook Parking Garage, Inc. | 905350-22 | 7/15/2022 |
| Flagship Credit Acceptance LLC | Auto Fresh Inc. | 905394-22 | 7/15/2022 |
| Hyundai Capital America, Inc. and Hyundai Lease Titling Trust | Rockbottom Road Service Inc. | 905411-22 | 7/15/2022 |
| Manufacturers And Traders Trust Co | Nuplus Towing & Recovery Corp. | 905408-22 | 7/15/2022 |
| Santander Consumer USA, Inc. | Brother Auto Body Shop | 905357-22 | 7/15/2022 |
| Santander Consumer USA, Inc. | BX Auto Concept Corp. | 905351-22 | 7/15/2022 |
| TD Bank, NA | Rite Touch Auto Center, Inc. | 905410-22 | 7/15/2022 |
| TD Bank, NA | DC Collision LLC | 905356-22 | 7/15/2022 |
| TD Bank, NA | JR&R Auto Repair Center, Inc. | 905353-22 | 7/15/2022 |

| | | | |
|---|---|---|---|
| Chrysler Capital | Bronx Car Park Systems Inc. | 905154-22 | 7/8/2022 |
| Ally Financial Inc. | Schaefer's Garage | 905116-22 | 7/7/2022 |
| CCAP Auto Lease LTD | All About Automotive, Inc. | 905127-22 | 7/7/2022 |
| Hyundai Capital America, Inc. and Hyundai Lease Titling Trust | R&U Auto Body | 905108-22 | 7/7/2022 |
| Santander Consumer USA, Inc. | Casino Towing Service Inc. | 905135-22 | 7/7/2022 |
| Santander Consumer USA, Inc. | Pristine Motor Sports Inc. | 905109-22 | 7/7/2022 |
| Santander Consumer USA, Inc. | Online Automotive Inc. | 905133-22 | 7/7/2022 |
| VW Credit Inc. | Prospect Heights Automotive CNTR, Corp. | 905132-22 | 7/7/2022 |
| Ally Bank | Zaid Auto Collision 1 LLC | 904542-22 | 6/15/2022 |
| Flagship Credit Acceptance LLC | C&S Auto Transport, Inc. | 904540-22 | 6/15/2022 |
| Hyundai Capital America | Carl P Mohan dba Mohan's Auto Repair | 904539-22 | 6/15/2022 |
| Nissan Motor Acceptance Company LLC | Junior Auto Body Solutions LLC | 904532-22 | 6/15/2022 |
| Nissan Motor Acceptance Company LLC | Bear Transportation LLC | 904531-22 | 6/15/2022 |
| Palisades Funding Corp. | Autorama Enterprises, Inc. | 904530-22 | 6/15/2022 |
| Santander Consumer USA, Inc. | All About Automotive, Inc. | 904519-22 | 6/15/2022 |
| Ally Bank | Jonathon & Son Auto Repair Inc. | 904508-22 | 6/14/2022 |
| Ally Bank | Jamaica Auto Body & Towing Inc. | 904505-22 | 6/14/2022 |
| American Honda Finance Corp. | LS Auto Body & Repair Shop LLC | 904509-23 | 6/14/2022 |
| Daimler Trust and Daimler Title Co. | Midnight Towing, Inc. | 904510-22 | 6/14/2022 |
| Santander Consumer USA, Inc. | Automotive Corp. | 904499-22 | 6/14/2022 |

| | | | |
|---|---|---|---|
| Santander Consumer USA, Inc. | Showtime Recovery Corp. | 904512-22 | 6/14/2022 |
| Toyota Motor Credit Corp. | Edgewater Collision Inc. | 904517-22 | 6/14/2022 |
| Toyota Motor Credit Corp. | G&A Dynamic Collision, Inc. | 904511-22 | 6/14/2022 |
| Ally Bank | Hyatts Garage Inc. | 903980-22 | 5/25/2022 |
| Exeter Finance LLC | JNR Auto Group Inc. | 903982-22 | 5/25/2022 |
| CCAP Auto Lease LTD | Better Auto Body Collision | 903926-22 | 5/23/2022 |
| Palisades Funding Corp. | A9's Automotive | 903927-22 | 5/23/2022 |
| TD Bank, NA | Simply The Best Auto Collision | 903442-22 | 5/5/2022 |
| Santander Consumer USA, Inc. | Patrick Macioce dba Pat's Towing | 903406-22 | 5/4/2022 |
| Toyota Motor Credit Corp. | Complete Auto RPR & Collision Inc. | 903377-22 | 5/3/2022 |
| GM Financial | CC&E Automotive | 903365-22 | 5/2/2022 |
| Toyota Motor Credit Corp. | 101 Pit Stop, Inc. | 903363-22 | 5/2/2022 |
| Santander Consumer USA,  Inc. | Meyer Brothers Service Center | 903294-22 | 4/29/2022 |
| Mercedes-Benz Financial Services USA LLC | Sonny's Collision Specialists | 902967-22 | 4/19/2022 |
| TD Bank, NA | North Central Auto Repair & Sales, Inc. | 902956-22 | 4/19/2022 |
| Toyota Motor Credit Corp. | Empire CC Auto Body | 902970-22 | 4/19/2022 |
| American Honda Finance Corporation | Empire CC Auto Body | 902931-22 | 4/18/2022 |
| HVT, Inc. | Empire CC Auto Body | 902933-22 | 4/18/2022 |
| TD Bank, NA | Adamis Towing Inc. | 902908-22 | 4/18/2022 |
| HVT, Inc. | Certified Auto Body & Collision, Inc. | 902821-22 | 4/14/2022 |
| Santander Consumer USA, Inc. | Northside Auto Towing, Inc. | 902818-22 | 4/14/2022 |
| Hyundai Capital America, Inc. and Hyundai Lease Titling Trust | Aces Towing & Collision, Inc. | 902714-22 | 4/13/2022 |
| HVT, Inc. | LMR Towing & Recovery | 902217-22 | 3/28/2022 |

| | | | |
|---|---|---|---|
| Ally Financial Inc. And Ally Bank | Global Auto Repair And Accessories LLC | 902153-22 | 3/25/2022 |
| Mercedes-Benz Financial Services USA LLC | G&R Auto Services LLC | 902148-22 | 3/25/2022 |
| TD Bank, NA, NA/TD Auto Finance LLC | In Motion Motors, Inc. | 901890-22 | 3/16/2022 |
| American Honda Finance Corp. | New Era Collision | 901499-22 | 3/4/2022 |
| Santander Consumer USA, Inc. | H&V Auto Service Collision, Inc. | 901500-22 | 3/4/2022 |
| Santander Consumer USA, Inc. | 157 Auto Collision Inc. | 901471-22 | 3/3/2022 |
| Santander Consumer USA, Inc. | Deleague Auto | 901335-22 | 2/28/2022 |
| Toyota Motor Credit Corp. | NYS Bronx Parking | 901340-22 | 2/28/2022 |
| Westlake Financial Services, LLC dba Westlake Financial Services | Bronx Auto Concept Corp. | 901082-22 | 2/15/2022 |
| Chrysler Capital | Magic Touch Auto & Collision | 900965-22 | 2/10/2022 |
| Palisades Funding Corp. | Joe's Garage | 900966-22 | 2/10/2022 |
| Toyota Motor Credit Corp. | A&W Automotive Repair, Inc. | 900962-22 | 2/10/2022 |
| Toyota Motor Credit Corporation | JFK Long Term Parking, Inc. | 900967-22 | 2/10/2022 |
| Toyota Motor Credit Corporation | Add Park, Inc. | 900959-22 | 2/10/2022 |
| Daimler Trust and Daimler Title Co. | MM Custom House, Inc. | 900902-22 | 2/8/2022 |
| Mercedes-Benz Financial Services USA LLC | PNS Motor Corp. | 900903-22 | 2/8/2022 |
| Mercedes-Benz Financial Services USA LLC | I Certified Auto Collision, Inc. | 900904-22 | 2/8/2022 |
| Nissan Motor Acceptance Company LLC | BT Automotive Inc. | 900901-22 | 2/8/2022 |
| VW Credit Inc. | Boscaino Collision & Towing Corp. | 900899-22 | 2/8/2022 |

| | | | |
|---|---|---|---|
| CCAP Auto Lease LTD | Linden Auto | 900878-22 | 2/7/2022 |
| Santander Consumer USA, Inc. | Linden Auto | 900877-22 | 2/7/2022 |
| Affinity Federal Credit Union | Delorean Inc. | 900750-22 | 2/2/2022 |
| Ally Bank Lease Trust | 335 Corp. | 900751-22 | 2/2/2022 |
| Ally Bank | Split Second Collision, LTD | 900594-22 | 1/28/2022 |
| American Honda Finance Corp. | IDS Auto Repair, Inc. | 900598-22 | 1/28/2022 |
| American Honda Finance Corp. | EM Service Station Inc. | 900589-22 | 1/28/2022 |
| Daimler Trust and Daimler Title Co. | Paintworx Collision Center | 900595-22 | 1/28/2022 |
| Daimler Trust and Daimler Title Co. | GLS Auto Repair, Inc. | 900588-22 | 1/28/2022 |
| Santander Consumer USA, Inc. | IDS Auto Repair, Inc. | 900600-22 | 1/28/2022 |
| TD Bank NA | 1810 Loring Parking Corp. | 900597-22 | 1/28/2022 |
| TD Bank NA | R. Collision Auto Body, Inc. | 900593-22 | 1/28/2022 |
| Chrysler Capital | V&G Auto Repair, Inc. | 900267-22 | 1/13/2022 |
| Ally Capital Corp. | Angel Reyes D/B/A DC Automotive | 900243-22 | 1/12/2022 |
| American Honda Finance Corp. | Quality General Repair Corp. | 900242-22 | 1/12/2022 |
| Hyundai Capital America, Inc. and Hyundai Lease Titling Trust | 2 J's Parking Lot, Inc. | 910321-21 | 12/15/2021 |
| Santander Consumer USA, Inc. | New Day Motors, Inc. | 910353-21 | 12/15/2021 |
| Santander Consumer USA, Inc. and CCAP Auto Lease LTD. | Al's Garage | 910354-21 | 12/15/2021 |
| Chrysler Capital | Juniors Automotive Center, Inc. | 910314-21 | 12/14/2021 |
| JP Morgan Chase Bank NA | Hybrid Auto Tech, Inc. | 910319-21 | 12/14/2021 |
| Nissan Motor Acceptance Company | Big City Auto Body& Towing Corp. | 910321-21 | 12/14/2021 |

| | | | |
|---|---|---|---|
| LLC | | | |
| TD Auto Finance LLC | Ridge Street Auto Diagnostic CTR Inc. | 910318-21 | 12/14/2021 |
| HVT, Inc. | Alexs Auto Body 1 Inc. | 909408-21 | 11/5/2021 |
| Manufacturers And Traders Trust Co. | Ron's Auto Repair Inc. | 909403-21 | 11/5/2021 |
| TD Auto Finance LLC | Collision Auto Repair | 909398-21 | 11/5/2021 |
| Toyota Motor Credit Corp. | Samarkand Collision | 909407-21 | 11/5/2021 |
| VW Credit Inc. and VW Credit Leasing LTD | New York Motors Parts Inc. | 909405-21 | 11/5/2021 |
| Nissan Infiniti LT and Nissan Motor Acceptance Company LLC | New York Motors Parts Inc. | 909327-21 | 11/3/2021 |
| Nissan Motor Acceptance Company LLC | Scuffy Collision, Inc. | 909330-21 | 11/3/2021 |
| Nissan Motor Acceptance Company LLC | Fantastic Auto Repair | 909329-21 | 11/3/2021 |
| Santander Consumer USA, Inc. | JR Inwood Parking & Dealing Corp | 909326-21 | 11/3/2021 |
| Ally Bank | Lightning Automotive Repair | 909302-21 | 11/2/2021 |
| Santander Consumer USA, Inc. | Island Automotive & Collision, Inc. | 90316-21 | 11/2/2021 |
| Santander Consumer USA, Inc. | Climaco Auto Body, Inc. | 909311-21 | 11/2/2021 |
| Santander Consumer USA, Inc. and CCAP Auto Lease LTD. | Dons Auto Body, Inc. | 909303-21 | 11/2/2021 |
| TD Auto Finance LLC | Mr. Tom's Towing, Inc. | 909300-21 | 11/2/2021 |
| Hyundai Capital American, Inc. | Dart Towing Inc. | 909289-21 | 11/1/2021 |
| Exeter Finance LLC | D&K Recovery, Inc. | 908985-21 | 10/19/2021 |
| VW Credit Inc. | Michaels Automotive Tech | 908988-21 | 10/19/2021 |
| Toyota Motor Credit Corp. | A9's Automotive, Inc. | 908960-21 | 10/18/2021 |
| Santander Consumer | Grand Collision, Inc. | 908874-21 | 10/15/2021 |

| | | | |
|---|---|---|---|
| USA, Inc. | | | |
| Flagship Credit Acceptance LLC | 5 J's Automotive LTD | 908815-21 | 10/12/2021 |
| Toyota Motor Credit Corporation | Excellence Auto & Towing Inc. | 908647-21 | 10/6/2021 |
| Ally Bank | Espo's Car Care Center | 908638-21 | 10/5/2021 |
| Chrysler Capital | Brooklyn Speedway | 908636-21 | 10/5/2021 |
| Chrysler Capital | Moriches Collision Works, Inc. | 908618-21 | 10/5/2021 |
| Flagship Credit Acceptance LLC | Apex Auto Body Inc. | 908639-21 | 10/5/2021 |
| Toyota Motor Credit Corp. | MM Custom House, Inc. | 908642-21 | 10/5/2021 |
| Nissan Motor Acceptance Company LLC | Grand Auto Care & Spa | 908271-21 | 9/20/2021 |
| Toyota Motor Credit Corp. | Big City Hual, Inc. | 908256-21 | 9/20/2021 |
| Ally Bank | Affordable Auto Collision | 907414-21 | 8/23/2021 |
| Toyota Motor Credit Corp. | 718 Auto Center Inc. | 907380-21 | 8/20/2021 |
| Santander Consumer USA, Inc. | Meieke Muffler | 907372-21 | 8/19/2021 |
| Santander Consumer USA, Inc. | Action Auto Body Clinic Center LTD | 907370-21 | 8/19/2021 |
| Toyota Motor Credit Corp. | Critical Automotive | 907370-21 | 8/19/2021 |
| Santander Consumer USA, Inc. | Universe Towing, Inc. | 907311-21 | 8/18/2021 |
| Chrysler Capital | Certified Collision Corp. | 907292-21 | 8/17/2021 |
| Exeter Finance LLC | Colombia Towing 1 LLC | 907295-21 | 8/17/2021 |
| Flagship Credit Acceptance LLC | Prospect Heights Automotive Center, Corp. | 907298-21 | 8/17/2021 |
| Exeter Finance LLC | British Auto Works, Inc. | 906828-21 | 8/6/2021 |
| Exeter Finance LLC | City Auto Repair, Inc. | 906816-21 | 8/6/2021 |
| Wells Fargo Auto | JR Inwood Parking & Dealing Corp | 906388-21 | 7/26/2021 |
| Santander Consumer USA, Inc. | O.Z. Autobody Inc. | 905408-21 | 6/25/2021 |
| Santander Consumer USA, Inc. | Big City Haul | 905405-21 | 6/25/2021 |

| | | | |
|---|---|---|---|
| Daimler Trust and Daimler Title Co. | Advantage Auto Coll Inc. | 905319-21 | 6/23/2021 |
| Santander Consumer USA, Inc. | Excellence Auto & Towing, Inc. | 905258-21 | 6/21/2021 |
| Flagship Credit Acceptance LLC | Critical Automotive, Inc. | 905173-21 | 6/18/2021 |
| Hyundai Motor Finance | Twinze Collision & Towing, Inc. | 904980-21 | 6/11/2021 |
| Santander Consumer USA, Inc. | Excellence Auto & Towing | 904704-21 | 6/1/2021 |
| Affinity Federal Credit Union | Empire CC Auto Body | 904511-21 | 5/25/2021 |
| Kia Motors Finance | JR Inwood Parking & Dealing Corp | 904317-21 | 5/21/2021 |
| Santander Consumer USA, Inc. | Auto Body Plug Inc. | 904171-21 | 5/14/2021 |
| Toyota Motor Credit Corp. | Columbia Towing 1 LLC | 904178-21 | 5/14/2021 |
| Santander Consumer USA, Inc. | QP Hosp LLC | 903246-21 | 4/16/2021 |
| Chrysler Capital | Pat's Towing | 902684-21 | 3/25/2021 |
| Santander Consumer USA, Inc. | Combined Auto Collision of Long Island Inc. | 902686-21 | 3/25/2021 |
| TD Auto Finance LLC | Kartec Clinic Inc. | 902680-21 | 3/25/2021 |
| TD Auto Finance LLC | Big City Hual, Inc. | 902676-21 | 3/25/2021 |
| Toyota Motor Credit Corp. | B&M Electronic Diag. Repair Svc. Inc. | 902690-21 | 3/25/2021 |
| Daimler Trust and Daimler Title Co. | Excellence Auto & Towing, Inc. | 902487-21 | 3/18/2021 |
| HVT, Inc. | JJD Auto Repair Inc. | 902193-21 | 3/9/2021 |
| Santander Consumer USA, Inc. | Premier Auto Body | 902212-21 | 3/9/2021 |
| Santander Consumer USA, Inc. | R Auto Corp. | 902206-21 | 3/9/2021 |
| Nissan Motor Acceptance Corp. | Carter Avenue Parking Corp. | 901759-21 | 2/24/2021 |
| CCAP Auto Lease LTD | Grand Auto Collision Inc. | 901305-21 | 2/9/2021 |
| Toyota Motor Credit Corp. | Macombs Auto Shop | 901027-21 | 2/1/2021 |
| American Honda | First Choice Automotive | 900194-21 | 1/12/2021 |

| Finance Corp. | Corp. | | |
|---|---|---|---|
| Nissan-Infiniti LT and NILT, Inc. | Advance A1 Body Shop | 907796-20 | 12/15/2020 |
| Santander Consumer USA, Inc. | High End Collision, Inc. | 906424-20 | 10/8/2020 |
| Wells Fargo Auto | All 4 One Automotive Inc. | 906178-21 | 9/25/2020 |
| CCAP Auto Lease LTD | Certified Auto Collision, Inc. | 906062-20 | 9/21/2020 |
| HVT, Inc. | JJD Auto Repair Inc. | 906071-21 | 9/21/2020 |
| American Honda Finance Corp. | Deals On Wheels Auto Body | 905531-21 | 8/25/2020 |
| HVT, Inc. | JJD Auto Repair Inc. | 904307-21 | 7/1/2020 |
| Santander Consumer USA, Inc. | Emils All Tire Co., Inc. | 904021-20 | 6/16/2020 |
| Toyota Lease Trust | United AC Inc. | 904024-20 | 6/16/2020 |
| Manufactuers and Traders Trust Co. | D&C Automotive Corp. | 904798-20 | 6/10/2020 |
| Santander Consumer USA, Inc. | A&A Motors & Towing Inc. | 903640-20 | 6/2/2020 |
| Nissan Infiniti LT and NILT, Inc. | Racing Results Inc. | 903095-20 | 3/10/2020 |
| Santander Consumer USA, Inc. | BMJ Towing & Recovery Inc. | 903049-20 | 3/9/2020 |
| Manufactuers and Traders Trust Co. | JR Inwood Parking & Dealing Corp | 901471-20 | 2/6/2020 |
| Chrysler Capital | Advantage Auto Collision | 900961-20 | 1/28/2020 |

7.     Plaintiff was sued on at least two occasions by clients of Defendant Rudolph Meola, including (i) in 2005 in General Electric Capital Auto Financial Service, Inc. v. Boscaino Collision & Towing, Inc., Index No. 1070-05, Supreme Court of the State of New York, County of Albany and (ii) in 2022 in VW Credit Inc. v. Boscaino Collision & Towing Corp., et.al., Index No. 900899-22, Supreme Court of the State of New York, County of Albany.

8.     Upon information and belief, Defendants have filed lawsuits for their clients against hundreds or thousands of automobile collision shops and towing companies in the City of New York, Westchester County, Nassau County and/or Suffolk County by commencing legal proceedings in the Supreme Court of the State of New York, Albany County, New York.

9.     Upon information and belief, Defendants have filed lawsuits for their clients against Plaintiff and hundreds or thousands of automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County in Albany County, by naming the New York State Department of Motor Vehicles as a defendant or respondent, solely because the New York State Department of Motor Vehicles maintains its principal place of business in Albany County, New York, all while the New York State Department of Motor Vehicles is and was an improper party and not a necessary party for the hundreds or thousands of special proceedings filed by Defendants on behalf of their clients.

10.    The only reason why Defendants commence the proceedings in Albany County, is to cause harm to the hundreds or thousands of automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County.

11.    Upon information and belief, New York State Department of Motor Vehicles, although named as a party defendant or respondent in the hundreds or thousands of proceedings that Defendants filed on behalf of their clients in Supreme Court of the State of New York, County of Albany, against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County,

the New York State Department of Motor Vehicles have never appeared in any of the hundreds or thousands of proceedings that Defendants filed on behalf of their clients against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County, because the New York State Department of Motor Vehicles has acknowledged that they are not a necessary party and they are not a proper party.

12.    Defendants scheme for the hundreds or thousands of proceedings that Defendants filed on behalf of their clients against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County is to name the New York State Department of Motor Vehicles as a respondent, claiming that the New York State Department of Motor Vehicles was named to "freeze title" on the vehicles that were the subject of the proceedings.

13.    In each of the hundreds or thousands of proceedings that Defendants filed on behalf of their clients against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County, the Defendants' clients obtained an order to show cause against the respondent automobile collision shops and towing companies, usually with a temporary restraining order.

14.    The legal proper mechanism that the Defendants should have used for the hundreds or thousands of proceedings that Defendants filed on behalf of their clients against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County was to add into its orders to show cause that accompany all or nearly all of the proceedings that the Defendants filed, stating that the respondent automobile collision shop or towing companies are restrained and

enjoined from tranferring title to the vehicle which is the subject of the action. The aforesaid procedure is used by other attorneys in the State of New York, which is the proper procedure, and the scheme to name the New York State Department of Motor Vehicles as a respondent is only for the purpose of Defendants attempting to obtain venue in Albany County, through improper means and methods.

15.     As an example, for what should be done by an automobile finance or leasing company  to vacate a garageman's lien, in a case where Defendants were not the attorneys for the automobile finance or leasing company, to wit: Mercedes-Benz Financial Services USA LLC v. Cross Island Wrecker Service, Inc., Index No. 601976/2015, Supreme Court of the State of New York, County of Nassau, Justice Thomas Feinman issued an Order to Show Cause which contained a temporary restraining order to restrain and enjoin the defendants from "removing, transferring, dismantling, selling, pledging, using, concealing, hiding, or otherwise disposing of, or permitting to become subject to a security interest or lien, the collateral described above, in any manner inconsistent with Plaintiff Mercedes-Benz Financial Services USA LLC's interests therein". The reason why Mercedes-Benz Financial Services USA LLC commenced the action in Nassau County, was because that was where the defendant or vehicle was located. Mercedes-Benz Financial Services USA LLC obtained all of the protection necessary to protect Mercedes-Benz Financial Services USA LLC's interest in the vehicle with the court order.  There was no need to name the New York State Department of Motor Vehicles as a defendant or respondent, and Defendants only name the New York State Department of Motor Vehicles as a respondent in order to have venue in Albany County, where Defendants maintain their law office, and to make it much more

difficult for the respondents in any of the hundreds or thousands of proceedings that the Defendants caused to be commenced.

16.    The scheme that Defendants perpetrated upon the Plaintiff and upon the automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County by filing proceedings against them in Albany County, New York, instead of the county in which the automobile collision shops and towing companies are located in the City of New York, Westchester County, Nassau County and/or Suffolk County, was meant to cause Plaintiff herein to incur legal fees, travel costs, costs and fees and to abandon any claims filed under garageman's liens filed under New York Lien Law.

17.    Upon information and belief, in 2000, the Plaintiff in this action was sued pursuant to a lawsuit filed by Defendant Rudolph Meola on behalf of General Electric Capital Auto Financial Service, Inc. in the action entitled General Electric Capital Auto Financial Service, Inc. v. Boscaino Collision & Towing, Inc., Index No. 1070-05,  Supreme Court of the State of New York, County of Albany, in Albany County (the "Year 2000 Lawsuit").

18.    In the Year 2000 Lawsuit, Justice Joseph Teresi, a retired Justice of the Supreme Court of the State of New York, County of Albany recognized that Defendant Rudolph Meola was filing cases, to wit; General Electric Capital Auto Financial Service, Inc. v. Boscaino Collision & Towing, Inc., Index No. 1070-05,  Supreme Court of the State of New York, County of Albany, in Albany County, when the proper venue was in Kings County, New York, where the respondent, Boscaino Collision & Towing, Inc.'s business was located.

19.    Since approximately the Year 2000, Defendant Rudloph Meola filed proceedings in the Supreme Court of the State of New York, County of Albany against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County.

20.    Justice Joseph R. Cannizzaro, Supreme Court of the State of New York, Albany County had determined that venue against Ready 4 Action Towing Inc., a New York City towing company, was improper in Albany County, and Justice Joseph R. Cannizzaro, recognized that Defendant Rudolph Meola was filing cases, to wit; In the Matter of the Special Proceeding Application of DCFS Trust and Daimler Chrysler Services North America, LLC v. The New York State Department of Motor Vehicles and Ready 4 Action Towing Inc., Index No. 1070-05,  Supreme Court of the State of New York, County of Albany, in Albany County, when the proper venue was in Kings County, New York, where the respondent, Ready 4 Action Towing Inc.'s business was located.

21.    In approximately 2005, In the Matter of the Special Proceeding Application of DCFS Trust and Daimler Chrysler Services North America, LLC v. The New York State Department of Motor Vehicles and Ready 4 Action Towing Inc., Justice Joseph R. Cannizzaro transferred venue of the proceeding to Supreme Court of the State of New York, County of Kings.

22.    Most of the automobile collision shops and towing companies that become respondents in the proceedings filed by Defendants on behalf of their clients, are located in the City of New York, Westchester County, Nassau County and/or Suffolk County and the automobile collision shops and towing companies are small business enterprises, and many are minority business enterprises, and the injuries inflicted upon the Plaintiff and the

automobile collision shops and towing companies located located in the City of New York, Westchester County, Nassau County and/or Suffolk County cause economic harm to the said Plaintiff and the automobile collision shops and towing companies are located in the City of New York, Westchester County, Nassau County and/or Suffolk County.

### **The Plaintiff**

23.    Plaintiff Boscaino Collision & Towing Corp. is a corporation organized and existing under the laws of the State of New York with its  principal place of business located at 752 Rockaway Parkway, Brooklyn, County of Kings, City and State of New York within the Eastern District of New York.

24.    Plaintiff has been engaged in the towing business since December 29, 1993.

25.    Plaintiff is a minority business enterprise.

26.    Plaintiff is a small business with two (2) tow trucks.

27.    Plaintiff is a licensed towing company, licensed by the New York City Department of Consumer and Worker Protection, formerly known as the New York City Department of Consumer Affairs.

28.    Plaintiff is a participant in the New York City Police Department Directed Accident Response Program ("DARP Program").

29.    DARP Program is a program where towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County are called by the New York City Police Department to tow vehicles that were involved in automobile accidents.

30.    Upon receiving a telephone call from the New York City Police Department, as a participant in the DARP Program, Plaintiff is directed to immediately remove vehicles from New York City roadways and tow the vehicle to Plaintiff's storage facility.

31.    There are many towing companies located in the City of New York that participate in the DARP Program, with each towing company called by the New York City Police Department on a rotation basis, where the New York City Police Department relies upon several towing companies within each police precinct area under the DARP Program.

32.    Plaintiff relies upon the DARP Program to provide revenue for Plaintiff's towing company.

33.    Plaintiff's principal relies upon the DARP Program to provide revenue for Plaintiff's towing company's principal.

## The Defendants

34.    Defendant Rudolph Meola is an individual with his principal place of business located at 1822 Western Avenue, Albany, New York.

35.    Upon information and belief, Defendant Law Office of Rudolph J. Meola is a sole proprietorship with its principal place of business located at 1822 Western Avenue, Albany, New York.

36.    Upon information and belief, Defendant Meola Law Firm is a sole proprietorship with its principal place of business located at 1822 Western Avenue, Albany, New York.

37.    This is an action which Plaintiff will seek collective action and/or class action status.

38.    Class action status will be sought as there are hundreds of similarly situated collision repair shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County who were damaged by the practices of the Defendants along with the clients of Defendants as set forth in this complaint.

39.     Upon information and belief, Defendant Rudolph Meola is the principal of Defendant Law Office of Rudolph J. Meola.

40.     Upon information and belief, Defendant Rudolph Meola is the principal of Defendant Meola Law Firm.

41.     Defendant Rudolph Meola was admitted to practice law in the State of New York on January 22, 1992.

42.     Defendant Meola Law Firm maintains a website and domain name known as "meolalaw.com".

43.     The website and domain name known as "meolalaw.com" was formed on or about July 23, 2009.

44.     The website for "meolalaw.com" is an advertisement to the public.

45.     The website for "meolalaw.com" is an advertisement to the automobile leasing companies and finance companies located throughout the United States.

46.     The website for "meolalaw.com" states that "In 2021, we saved our clients $2,116,991 in fees that were being charged by garages and tow yards. The average amount paid by our clients to recover a vehicle from a garage was $1,660".

47.     The website for "meolalaw.com" states that "When garages and tow yards try to take advantage of financial companies by charging improper or excessive fees, we have an effective and cost-efficient process for recovering these vehicles."

48.     Defendants represent numerous automobile leasing companies and automobile

finance companies and banks including but not limited to:

Acar Leasing LTD and Wells Fargo Bank NA
Affinity Federal Credit Union
Ally Bank
Ally Bank Lease Trust
Ally Capital Corp.
Ally Financial Inc.
American Honda Finance Corp.
Americredit Financial Services, Inc.
Audi Financial Services
CCAP Auto Lease LTD
CCAP Auto Lease LTD
Chrysler Capital
Credit Acceptance Corporation
Daimler Truck Financial Services USA, LLC
Daimler Trust and Daimler Title Co.
Equity Auto Finance Inc.
Exeter Finance Corp.
Exeter Finance LLC
First New York FCU
Flagship Credit Acceptance LLC
GM Financial
HVT, Inc.
Hyundai Capital America, Inc.
Hyundai Capital America, Inc. and Hyundai Lease Titling Trust
Hyundai Motor Finance
I Center LLC
Island Federal Credit Union
JP Morgan Chase Bank NA
Kia Motors Finance
Manufacturers And Traders Trust Co.
Mercedes-Benz Financial Services USA LLC
Nissan Infiniti LT and NILT, Inc.
Nissan Infiniti LT and Nissan Motor Acceptance Company LLC
Nissan Motor Acceptance Company LLC
Nissan Motor Acceptance Company LLC
Palisades Funding Corp.
Santander Consumer USA,  Inc.

Santander Consumer USA, Inc. and CCAP Auto Lease LTD.
TD Auto Finance LLC
TD Bank NA
Toyota Lease Trust
Toyota Motor Credit Company
Toyota Motor Credit Corp.
VW Credit Inc and VW Credit Leasing LTD
Wells Fargo Auto
Westlake Financial Services

(collectively "Defendants' Clients").

49.    For over twenty years, Defendant Rudolph Meola, and the precedessor entity to Defendant Law Office of Rudolph J. Meola and Defendant Meola Law Firm have commenced litigaiton and proceedings in the Supreme Court of the State of New York, County of Albany against hundreds of automobile collision shops and towing companies which were and are located in the City of New York, Westchester County, Nassau County and/or Suffolk County, even though the subject matter of the lawsuits, which are automobiles, were chattel at all times located in the City of New York, Westchester County, Nassau County and/or Suffolk County, and not in Albany County, and that the automobile collision shops and towing companies who were respondents were located in the City of New York, Westchester County, Nassau County and/or Suffolk County and not Albany County.

50.    The only nexus between the petitioners and respondent was with counties other than Albany County, except, as part of the scheme perpetrated by Defendants, the Defendants caused the filing of thousands of lawsuits and proceedings in Albany County where the Defendants' law offices were and are located.

51.    Upon information and belief, the only reason why Defendants caused the filing of thousands of lawsuits and proceedings in Albany County and not in Kings County,

Queens County, Bronx County, Nassau County, Suffolk County and Richmond County was to cause the respondent automobile collision shops and towing companies which were and are located in the City of New York, Westchester County, Nassau County and/or Suffolk County to either (i) have to engage counsel in Albany County, New York at a hardship expense to the small business respondent automobile collision shops and towing companies, (ii) have their local New York City area counsel travel to Albany County, New York, at a hardship expense to the small business respondent automobile collision shops and towing companies, or (iii) lose by default by failing to show up in Court in Albany County, New York, which was often the case as the small business respondent automobile collision shops and towing companies including Plaintiff could not afford the costs of litigation the validity of a garageman's lien.

52.    Defendants would file orders to show cause in Supreme Court of the State of New York in Albany County, which required the appearance of the small business respondent automobile collision shops and towing companies including Plaintiff who filed garageman's liens against vehicles towed and stored pursuant to the rates permitted by the New York City Department of Consumer and Worker Protection, under the DARP Program and other New York City towing programs.

53.    Defendants' practice of naming the New York State Department of Motor Vehicles, as a respondent in all or nearly all of the litigation that was commenced by Defendants on behalf of their clients, including but not limited to Defendants' Clients set forth in paragraph "46" of this Complaint, was designed to cause the small business respondent automobile collision shops and towing companies to not respond to the orders to show cause filed by Defendants on behalf of their clients because the amounts usually which

were owed to Plaintiff and other automobile collision shops and towing companies located in New York City and Nassau and Suffolk County were for hundreds of dollars to a few thousand dollars for towing and storage, much less than what the cost to litigate and defend the actions commencd by Defendants on behalf of their clients.

<u>**AS AND FOR A FIRST CLAIM FOR RELIEF**</u>
**28 U.S.C. §1692, et.seq. (Fair Debt Collection Practices Act)**

54.    Plaintiff repeats, realleges and incorporates by reference paragraphs "1" through "53" above as if fully set forth herein.

55.    Defendants are debt collectors.

56.    Defendants are debt collectors who attempt to collect debts for Defendants' clients, from the owners and/or lessees of the vehicles which are towed by Plaintiff and towing companies, and repaired by automobile collision shops in New York City, Nassau County, Suffolk County and Westchester County.

57.    Plaintiff and other towing companies and automobile collision shops are the holders of the chattel, to wit: Motor Vehicles, which were towed at the request of the New York City Police Department, and in order for Defendants' clients to recover the debts owed by the consumers, Defendants engage in a practice of filing proceedings in Albany County, New York, instead of the county where the chattel is located or where the holder of the chattel is located in the New York City, Nassau County, Suffolk County and Westchester County.

58.    The conduct by Defendants is violation of the Fair Debt Collection Practices Act.

59.     Defendants engaged in acts prohibited by the Fair Debt Collection Practices Act.

60.     Defendants communicated with Plaintiff and the owners and lessees of the motor vehicles which Plaintiff possessed and other towing companies and automobile collision shops located in the New York City, Nassau County, Suffolk County and Westchester County, to attempt to retrieve motor vehicles from Plaintiff and other towing companies and automobile collision shops located in the New York City, Nassau County and/or Suffolk County without the payment of towing charges and storage fees.

61.     Defendants' conduct by filing proceedings in the Supreme Court of the State of New York, Albany County, New York by naming the New York State Department of Motor Vehicles not a necessary, not an indispensible and not a proper party, as a respondent to improperly obtain venue in Albany County, was and is unfair and used and uses unscionable means to collect or attempt to collect a debt.

62.     Defendants violated the Fair Debt Collection Practices Act by filing proceedings in the Supreme Court of the State of New York, Albany County, New York against Plaintiff and towing companies and automobile collision shops located in the New York City, Nassau County and/or Suffolk County

63.     Defendants have caused the commencment of hundreds or thousands of lawsuits and/or special proceedings in the Supreme Court of the State of New York, County of Albany under New York Lien Law 201-a to vacate garageman's liens filed by automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County, when the Plaintiff and the defendant automobile collision shops and towing companies have no nexus to New York's Albany County.

64.     In order to obtain venue in New York's Albany County, Defendants cause the name the New York State Department of Motor Vehicles to be stated as a party defendant or respondent to the hundreds of proceedings that are brought on behalf of Defendants' clients under New York Lien Law 201-a against automobile collision shops and towing companies located in New York City.

65.     The New York State Department of Motor Vehicles is never a necessary party to the hundreds of proceedings that are brought on behalf of Defendants' clients under New York Lien Law 201-a against automobile collision shops and towing companies located in New York City, and the New York State Department of Motor Vehicles are only named by Defendants as party defendants solely to permit Defendants to obtain venue in Albany County.

66.     The commencement and the maintaining of proceedings in the Supreme Court of the State of New York in Albany County, New York has caused hardships to the Plaintiff and to the hundreds or thousands of automobile collision shops and towing companies located in New York City named as respondents in the proceedings that Defendants have filed on behalf of their clients under New York Lien Law 201-a the Plaintiff and hundreds or thousands of automobile collision shops and towing companies located in New York City, as it results in the clients of Defendants obtaining default judgments, because the costs, fees, attorneys' fees, travel expenses, hotel expenses, etc. that the Plaintiff and the automobile collision shops and towing companies located in New York City named as respondents in the proceedings that Defendants have filed on behalf of their clients under New York Lien Law 201-a have to incur are often greater than the amount of the garageman's lien that the

Plaintiff and/or the automobile collision shops and towing companies located in New York City that are claims in such liens.

67.     Defendants have engaged in a practice and strategy of suing in the Supreme Court of the State of New York, Albany County, the hundreds or thousands of automobile collision shops and towing companies located in New York City to cause the Plaintiff and the hundreds or thousands of automobile collision shops and towing companies located in New York City not defending the proceedings, because the proceedings are brought in Supreme Court of the State of New York, Albany County.

68.     The venue of Albany County for suing Plaintiff and other automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County is not proper.

69.     Defendants operate a scheme and practice to cause their clients to obtain judgments against entities, including automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County by filing proceedings in Albany County by improperly naming the New York State Department of Motor Vehicles as a party respondent.

70.     Defendant Rudolph Meola was on notice that his filing of proceedings against New York City based towing companies and automobile collision shops was improper and that naming the New York State Department of Motor Vehicles as a respondent was improper to circumvent the Civil Practice Law and Rules.

71.     By reason of the foregoing, Plaintiff has been damaged and demands judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees.

## AS AND FOR A SECOND CLAIM FOR RELIEF
**New York General Business Law §349**

72.      Plaintiff repeats, realleges and incorporates by reference paragraphs "1" through "71" above as if fully set forth herein.

73.      Plaintiff is entitled to the protection afforded under Article 22-A of the New York General Business Law ("GBL").

74.      The acts and practices herein set forth were deceptive, misleading, and fraudulent. As a result of such practices, Plaintiffs and the other members of the Class were injured, suffered damages—including both economic and noneconomic damages—and are entitled to relief as provided for by GBL § 349(h).

75.      GBL § 349 provides that "[d]eceptive acts or practices in the conduct of any business, trade or commerce or in the furnishing of any service in [New York] are hereby declared unlawful."

76.      By reason of the foregoing, Plaintiff has been damaged and demands judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees.

## AS AND FOR A THIRD CLAIM FOR RELIEF
**15 USC §1, et.seq.**

77.      Plaintiff repeats, realleges and incorporates by reference paragraphs "1" through "76" above as if fully set forth herein.

78.      Defendants obtained the business from their clients because law firms that would have had to file lawsuits against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County in the proper county, to wit: where the towed vehicle was located or where the princpal place

of business of the against automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County could not compete with Defendants whose improper actions were beneficial to the clients of the Defendants, causing the clients of the Defendants to use the legal services of Defendants to invalidate garageman's liens.

79.     By reason of the foregoing, Plaintiff has been damaged and demands judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees.

80.     There was and is adverse effect on competition in the marketplace as the Defendants' actions have caused and continue to cause an adverse effect on competition, because other law firms cannot compete with Defendants, who name the New York State Department of Motor Vehicles as respondents to invalidate garageman's liens filed by Plaintiff and other automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County.

81.     Towing companies located in New York City tow vehicles at the request of the New York City Police Department under the DARP Program, and when garageman's liens are filed by Defendants for their clients, the automobile collision shops and towing companies located in the located in the City of New York, Westchester County, Nassau County and/or Suffolk County are unable to collect the fees for the services provided due to Defendants' conduct, which results in harm to the automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County and increases in costs to other consumers as the monetary losses sustained by automobile collision shops and towing companies located in the City of New York,

Westchester County, Nassau County and/or Suffolk County have to be recouped from higher prices for towing and/or storage services and other fees charged to consumers.

82.    Upon information and belief, Defendants have conspired with the clients named as petitioners in the proceedings that Defendants caused to be filed in the Supreme Court of the State of New York, County of Albany.

83.    Most of the automobile lessors and finance companies utilize the services of Defendants because they know that with the Defendants' strategy of filing proceedings in the Supreme Court of the State of New York, County of Albany, solely based on venue being in Albany County by the naming of the New York State Department of Motor Vehicles as a respondent against downstate automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County, they will be successful.

84.    Defendants have caused a restraint in trade in violation of Section 1 of the Sherman Act, 15 U.S.C. §1, et. Seq.

85.    Defendants along with their clients engaged in a practice which restrained trade.

86.    Upon information and belief, the Defendants' clients who sue the downstate automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County know that venue is improper in Albany County, and the Defendants' clients named as petitioners along with Defendants knowingly file the proceedings in Supreme Court of the State of New York, County of Albany.

87.     By reason of the foregoing, Plaintiff has been damaged and demands judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees.

## AS AND FOR A FOURTH CLAIM FOR RELIEF
**For Abuse of Process**

88.     Plaintiff repeats, realleges and incorporates by reference paragraphs "1" through "87" above as if fully set forth herein.

89.     Defendants issued process to Plaintiff and to automobile collision shops and towing companies located in the City of New York, Westchester County, Nassau County and/or Suffolk County with the intent to harm without excuse or justification in order to obtain a collateral objective that is outside the legitimate ends of the process by Defendants causing their clients to commence actions and/or proceedings in Supreme Court of the State of New York, County of Albany by improperly naming the New York State Department of Motor Vehicles as a party respondent.

90.     Upon information and belief, the New York State Department of Motor Vehicles did not appear in any actions brought by Defendants on behalf of their clients set forth in paragraph "6" of this complaint.

91.     Upon information and belief, Defendants have never filed a motion for a default judgment against the New York State Department of Motor Vehicles for their failure to appear, and/or file an answer or motion in the cases set forth in paragraph "6" of this complaint.

92.    By reason of the foregoing, Plaintiff has been damaged and demands judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees.

**WHEREFORE,** Plaintiff demands judgment against Defendants as follows:

A.    On the First Claim for Relief, judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees;

B.    On the Second Claim for Relief, judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees;

C.    On the Third Claim for Relief, judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees;

D.    On the Fourth Claim for Relief, judgment against Defendants in an amount to be determined at trial but anticipated to be no less than $250,000, plus interest, costs, disbursements and attorney's fees; and

A.    granting such other relief as may be proper.

Dated:    October 6, 2023
          Great Neck, New York

_____
Gary Rosen
ROSEN LAW LLC
Attorneys for Plaintiff
216 Lakeville Road
Great Neck, New York 11020
516-437-3400