AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Boscaino Collision & Towing Corp., Individually and on behalf of itself and other similarly situated collision repair shops and towing companies located in the City of New York <br> *Plaintiff(s)* <br> v. <br> Rudolph J. Meola, Law Office of Rudolph J. Meola, and Meola Law Firm <br> *Defendant(s)* | Civil Action No. 23cv 7510 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rudolph J. Meola
1822 Western Avenue,
Albany, New York

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary Rosen, Esq.
Rosen Law LLC
216 Lakeville Road
Great Neck, NY 11020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Boscaino Collision & Towing Corp., Individually and on behalf of itself and other similarly situated collision repair shops and towing companies located in the City of New York<br>*Plaintiff(s)*<br>v.<br>Rudolph J. Meola, Law Office of Rudolph J. Meola, and Meola Law Firm<br>*Defendant(s)* | Civil Action No. 23cv 7510 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Law Office of Rudolph J. Meola
1822 Western Avenue,
Albany, New York

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary Rosen, Esq.
Rosen Law LLC
216 Lakeville Road
Great Neck, NY 11020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Boscaino Collision & Towing Corp., Individually and on behalf of itself and other similarly situated collision repair shops and towing companies located in the City of New York <br> *Plaintiff(s)* <br> v. <br> Rudolph J. Meola, Law Office of Rudolph J. Meola, and Meola Law Firm <br> *Defendant(s)* | Civil Action No. 23cv 7510 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Meola Law Firm
1822 Western Avenue,
Albany, New York

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary Rosen, Esq.
Rosen Law LLC
216 Lakeville Road
Great Neck, NY 11020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*