# EXHIBIT 1

**Nicholas A. Duston, Esq.**

| | |
|---|---|
| **From:** | Gary Rosen <grosen@rosenlawllc.com> |
| **Sent:** | Friday, November 3, 2023 9:54 AM |
| **To:** | Nicholas A. Duston, Esq. |
| **Cc:** | Jared Rosen; Joseph Noonan |
| **Subject:** | Re: Boscaino v. Meola 23-cv-07510-FB-RER |

We'll take it up with the grievance committed.



**ATTORNEYS AT LAW**
**WWW.ROSENLAWLLC.COM**

**NEW YORK OFFICE**
216 LAKEVILLE ROAD | GREAT NECK | NEW YORK 11020
TEL 516-437-3400 | FAX 516-334-3000

**FLORIDA OFFICE**
500 VILLAGE SQUARE CROSSING, SUITE 101 | PALM BEACH GARDENS | FLORIDA 33410
TEL 561-899-9999 | FAX 561-584-6434

GARY ROSEN, ESQ. | NY, FL, NJ, PA, GA | grosen@rosenlawllc.com
JARED ROSEN, ESQ. | NY, FL, NJ | jared@rosenlawllc.com
JAIME ROSEN, ESQ. | NY, FL, NJ, CT | jaime@rosenlawllc.com
MICHAEL J. NOONAN, ESQ. | NY | mnoonan@rosenlawllc.com
JOSEPH G. NOONAN, ESQ. | NY | joseph@rosenlawllc.com

*CONFIDENTIALITY NOTICE*
*This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at grosen@rosenlawllc.com immediately so that we can arrange the return of the documents.*

On Fri, Nov 3, 2023 at 9:53 AM Nicholas A. Duston, Esq. <naduston@norris-law.com> wrote:

> Good morning,
>
> I did no such thing. Extortionate threats and admissions of perjury are not protected by Rule 408. Take it up with the judge. I will not be discussing this with you further by email.
>
> Regards,

Nicholas A. Duston, Esq.
t: 908.252.4208 | f: 908.722.0755 | e: naduston@norris-law.com | www.norrismclaughlin.com
NY Office: 7 Times Square | 21st Floor | New York, NY 10036
NJ Office: 400 Crossing Blvd | 8th Floor | P.O. Box 5933 | Bridgewater, NJ 08807-5933
Bridgewater, NJ | New York, NY | Allentown, PA



---

**From:** Jared Rosen <jared@rosenlawllc.com>
**Sent:** Friday, November 3, 2023 9:51 AM
**To:** Nicholas A. Duston, Esq. <naduston@norris-law.com>; gary rosen <grosen@rosenlawllc.com>; Joseph Noonan <joseph@rosenlawllc.com>
**Subject:** Re: Boscaino v. Meola 23-cv-07510-FB-RER


Good morning Nick,

We spoke to you on October 27, 2023 for settlement purposes only as requested by you in your email below so it's concerning that you have divulged communications which were made for settlement purposes only to Judge Block.


Jared



**ATTORNEYS AT LAW**
**WWW.ROSENLAWLLC.COM**

**NEW YORK OFFICE**

**216 LAKEVILLE ROAD**

**GREAT NECK, NEW YORK 11020**
**516-437-3400** FAX **516-334-3000**

**FLORIDA OFFICE**
**500 VILLAGE SQUARE CROSSING, SUITE 101**
**PALM BEACH GARDENS, FLORIDA 33410**
**561-899-9999** FAX **561-584-6434**


**GARY ROSEN, ESQ. | NY, FL, NJ, PA, GA |** grosen@rosenlawllc.com

**JARED ROSEN, ESQ. | NY, FL, NJ |** jared@rosenlawllc.com
**JAIME ROSEN, ESQ. | NY, FL, NJ, CT |** jaime@rosenlawllc.com
**MICHAEL J. NOONAN, ESQ. | NY |** mnoonan@rosenlawllc.com
**JOSEPH G. NOONAN, ESQ. | NY, IL |** joseph@rosenlawllc.com

www.421a.com
www.nyliens.com

***CONFIDENTIALITY NOTICE***

***This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at jared@rosenlawllc.com immediately so that we can arrange the return of the documents.***