# EXHIBIT A

## 900899-22 - Albany County Supreme Court

Short Caption: **VW Credit Inc. v. Boscaino Collision & Towing Corp. et al**
Case Type: **Special Proceedings - Other (Lien Law 201-a)**
Case Status: **Disposed-Court Date/Application Pending**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Hon. Richard M. Platkin**

E-mail Participating Parties

Document List

**Narrow By Options**

Document Type: Please select... ▼  Filed By: Please select... ▼
Motion Info: Please select... ▼  Filed Date: ▢ thru ▢
Document Number: ▢

[📁] Display Document List with Motion Folders

Sort By: Doc # ▼

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | PETITION | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice |
| 2 | ORDER TO SHOW CAUSE ( PROPOSED ) | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 3 | BOND/UNDERTAKING | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice |
| 4 | EXHIBIT(S) - 1<br>Notice of Recorded Lien | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice |
| 5 | EXHIBIT(S) - 2<br>Notice of Lien and Sale | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice |
| 6 | AFFIRMATION OF GOOD FAITH | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice |
| 7 | EXHIBIT(S) - 1<br>Letter of Good Faith | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice |
| 8 | SUMMONS - SUPPLEMENTAL (PRE RJI) | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice |
| 9 | RJI -RE: ORDER TO SHOW CAUSE | Meola, R.<br>Filed: 02/08/2022<br>Received: 02/08/2022 | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 10 | ORDER TO SHOW CAUSE-SIGNED  (Motion #1) | Court User<br>Filed: 02/09/2022<br>Received: 02/09/2022 | **Processed**<br>Confirmation Notice |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE  (Motion #1) | Meola, R.<br>Filed: 02/10/2022<br>Received: 02/10/2022 | **Processed**<br>Confirmation Notice |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE | Meola, R.<br>Filed: 02/28/2022<br>Received: 02/28/2022 | **Processed**<br>Confirmation Notice |
| 13 | ORDER ( PROPOSED )  (Motion #1)<br>Proposed Order and Judgment | Meola, R.<br>Filed: 03/18/2022<br>Received: 03/18/2022 | **Processed**<br>Confirmation Notice |
| 14 | ORDER - OTHER  (Motion #1)<br>Order and Judgment | Court User<br>Filed: 03/22/2022<br>Received: 03/22/2022 | **Processed**<br>Confirmation Notice |
| 15 | ORDER TO SHOW CAUSE ( PROPOSED )<br>Proposed Contempt Order to Show Cause | Meola, R.<br>Filed: 04/15/2022<br>Received: 04/15/2022 | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 16 | AFFIDAVIT OR AFFIRMATION IN SUPPORT | Meola, R.<br>Filed: 04/15/2022<br>Received: 04/15/2022 | **Processed**<br>Confirmation Notice |
| 17 | EXHIBIT(S) - 1<br>Warning Letter | Meola, R.<br>Filed: 04/15/2022<br>Received: 04/15/2022 | **Processed**<br>Confirmation Notice |
| 18 | EXHIBIT(S) - 2<br>Decision and Order | Meola, R.<br>Filed: 04/15/2022<br>Received: 04/15/2022 | **Processed**<br>Confirmation Notice |
| 19 | EXHIBIT(S) - 3<br>Vehicle Value | Meola, R.<br>Filed: 04/15/2022<br>Received: 04/15/2022 | **Processed**<br>Confirmation Notice |

| # | Document | Filer / Dates | Status |
|---|---|---|---|
| 20 | ORDER TO SHOW CAUSE-SIGNED (Motion #2) | Court User<br>Filed: 04/18/2022<br>Received: 04/18/2022 | Processed<br>Confirmation Notice |
| 21 | ORDER TO SHOW CAUSE (PROPOSED) (AMENDED) (Motion #2)<br>*Proposed Amended Contempt Order to Show Cause* | Meola, R.<br>Filed: 04/28/2022<br>Received: 04/28/2022 | Processed<br>Confirmation Notice |
| 22 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #2) | Meola, R.<br>Filed: 04/28/2022<br>Received: 04/28/2022 | Processed<br>Confirmation Notice |
| 23 | ORDER TO SHOW CAUSE-SIGNED (Motion #1a)<br>*Amended Order to Show Cause* | Court User<br>Filed: 04/29/2022<br>Received: 04/29/2022 | Processed<br>Confirmation Notice |
| 24 | LETTER / CORRESPONDENCE TO JUDGE (Motion #2) | Dubuc, J.<br>Filed: 05/17/2022<br>Received: 05/17/2022 | Processed<br>Confirmation Notice |
| 25 | NOTICE OF MOTION (Motion #3)<br>*Notice of Motion for Judgment by Default* | Meola, R.<br>Filed: 01/04/2023<br>Received: 01/04/2023 | Processed<br>Confirmation Notice<br>Payment Receipt |
| 26 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #3) | Meola, R.<br>Filed: 01/04/2023<br>Received: 01/04/2023 | Processed<br>Confirmation Notice |
| 27 | EXHIBIT(S) - 1 (Motion #3)<br>*Notice of Entry* | Meola, R.<br>Filed: 01/04/2023<br>Received: 01/04/2023 | Processed<br>Confirmation Notice |
| 28 | EXHIBIT(S) - 2 (Motion #3)<br>*Memorandum of Law on Damages* | Meola, R.<br>Filed: 01/04/2023<br>Received: 01/04/2023 | Processed<br>Confirmation Notice |
| 29 | AFFIRMATION/AFFIDAVIT OF SERVICE | Meola, R.<br>Filed: 01/04/2023<br>Received: 01/04/2023 | Processed<br>Confirmation Notice |
| 30 | LETTER/CORRESPONDENCE FROM COURT<br>*New Return Date is February 27, 2023* | Court User<br>Filed: 01/27/2023<br>Received: 01/27/2023 | Processed<br>Confirmation Notice |
| 31 | LETTER / CORRESPONDENCE TO JUDGE (Motion #3) | Noonan, J.<br>Filed: 03/03/2023<br>Received: 03/03/2023 | Processed<br>Confirmation Notice |
| 32 | LETTER/CORRESPONDENCE FROM COURT<br>*New Return Date is March 27, 2023* | Court User<br>Filed: 03/03/2023<br>Received: 03/03/2023 | Processed<br>Confirmation Notice |
| 33 | NOTICE OF CROSS-MOTION (Motion #4) | Rosen, G.<br>Filed: 03/17/2023<br>Received: 03/17/2023 | Processed<br>Confirmation Notice<br>Payment Receipt |
| 34 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION (Motion #4) | Rosen, G.<br>Filed: 03/17/2023<br>Received: 03/17/2023 | Processed<br>Confirmation Notice |
| 35 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION (Motion #4) | Rosen, G.<br>Filed: 03/17/2023<br>Received: 03/17/2023 | Processed<br>Confirmation Notice |
| 36 | EXHIBIT(S) - 1 (Motion #4)<br>*Towing License* | Rosen, G.<br>Filed: 03/17/2023<br>Received: 03/17/2023 | Processed<br>Confirmation Notice |
| 37 | EXHIBIT(S) - 2 (Motion #4)<br>*Photographs* | Rosen, G.<br>Filed: 03/17/2023<br>Received: 03/17/2023 | Processed<br>Confirmation Notice |
| 38 | LETTER / CORRESPONDENCE TO JUDGE (Motion #3)<br>*request to adjourn on consent* | Dubuc, J.<br>Filed: 03/23/2023<br>Received: 03/23/2023 | Processed<br>Confirmation Notice |
| 39 | LETTER/CORRESPONDENCE FROM COURT<br>*New Return Date is April 25, 2023* | Court User<br>Filed: 03/24/2023<br>Received: 03/24/2023 | Processed<br>Confirmation Notice |
| 40 | LETTER / CORRESPONDENCE TO JUDGE (Motion #3) | Dubuc, J.<br>Filed: 04/24/2023<br>Received: 04/24/2023 | Processed<br>Confirmation Notice |
| 41 | LETTER/CORRESPONDENCE FROM COURT<br>*Return Date Adjourned to May 9, 2023* | Court User<br>Filed: 04/25/2023<br>Received: 04/25/2023 | Processed<br>Confirmation Notice |
| 42 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION (Motion #4) | Dubuc, J.<br>Filed: 05/08/2023<br>Received: 05/08/2023 | Processed<br>Confirmation Notice |

Document List

| # | Document | Filer | Status |
|---|---|---|---|
| 43 | EXHIBIT(S) - 1 (Motion #4)<br>*Court Decision* | Dubuc, J.<br>Filed: 05/08/2023<br>Received: 05/08/2023 | **Processed**<br>Confirmation Notice |
| 44 | EXHIBIT(S) - 2 (Motion #4)<br>*affidavit* | Dubuc, J.<br>Filed: 05/08/2023<br>Received: 05/08/2023 | **Processed**<br>Confirmation Notice |
| 45 | EXHIBIT(S) - 3 (Motion #4)<br>*affidavit* | Dubuc, J.<br>Filed: 05/08/2023<br>Received: 05/08/2023 | **Processed**<br>Confirmation Notice |
| 46 | AFFIDAVIT OR AFFIRMATION IN REPLY (Motion #4) | Rosen, G.<br>Filed: 05/09/2023<br>Received: 05/09/2023 | **Processed**<br>Confirmation Notice |
| 47 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION (Motion #4) | Rosen, G.<br>Filed: 05/09/2023<br>Received: 05/09/2023 | **Processed**<br>Confirmation Notice |
| 48 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #3) | Dubuc, J.<br>Filed: 05/09/2023<br>Received: 05/09/2023 | **Processed**<br>Confirmation Notice |
| 49 | DECISION + ORDER ON MOTION (Motion #3)<br>*In-Person Inquest scheduled for August 3, 2023 at 10:30 a.m.* | Court User<br>Filed: 07/06/2023<br>Received: 07/06/2023 | **Processed**<br>Confirmation Notice |
| 50 | NOTICE OF ENTRY | Meola, R.<br>Filed: 07/12/2023<br>Received: 07/12/2023 | **Processed**<br>Confirmation Notice |
| 51 | NOTICE OF APPEAL (Motion #3) | Rosen, G.<br>Filed: 07/24/2023<br>Received: 07/24/2023 | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 52 | LETTER/CORRESPONDENCE FROM COURT | Court User<br>Filed: 07/27/2023<br>Received: 07/27/2023 | **Processed**<br>Confirmation Notice |
| 53 | LETTER/CORRESPONDENCE FROM COURT | Court User<br>Filed: 07/31/2023<br>Received: 07/31/2023 | **Processed**<br>Confirmation Notice |
| 54 | OTHER COURT FILED DOCUMENT<br>*COPY NOTICE OF APPEAL INFO STATEMENT & O/D SENT TO APP DIV* | Court User<br>Filed: 08/04/2023<br>Received: 08/07/2023 | **Processed**<br>Confirmation Notice |
| 55 | COURT NOTICE | Court User<br>Filed: 09/06/2023<br>Received: 09/06/2023 | **Processed**<br>Confirmation Notice |
| 56 | NOTICE OF MOTION (Motion #5)<br>*Notice of Motion for Sanctions* | Meola, R.<br>Filed: 09/25/2023<br>Received: 09/25/2023 | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 57 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #5) | Meola, R.<br>Filed: 09/25/2023<br>Received: 09/25/2023 | **Processed**<br>Confirmation Notice |
| 58 | EXHIBIT(S) - 1 (Motion #5)<br>*Letter from Rosen Law, LLC* | Meola, R.<br>Filed: 09/25/2023<br>Received: 09/25/2023 | **Processed**<br>Confirmation Notice |
| 59 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #5) | Meola, R.<br>Filed: 09/25/2023<br>Received: 09/25/2023 | **Processed**<br>Confirmation Notice |
| 60 | MEMORANDUM OF LAW IN OPPOSITION (Motion #5) | Rosen, G.<br>Filed: 10/06/2023<br>Received: 10/06/2023 | **Processed**<br>Confirmation Notice |
| 61 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #5) | Rosen, G.<br>Filed: 10/06/2023<br>Received: 10/06/2023 | **Processed**<br>Confirmation Notice |
| 62 | EXHIBIT(S) - 1 (Motion #5)<br>*EXHIBIT 1 - LITIGATION HOLD LETTER* | Rosen, G.<br>Filed: 10/06/2023<br>Received: 10/06/2023 | **Processed**<br>Confirmation Notice |
| 63 | EXHIBIT(S) - 2 (Motion #5)<br>*EXHIBIT 2 - THE FEDERAL COMPLAINT FILED AGAINST MEOLA* | Rosen, G.<br>Filed: 10/06/2023<br>Received: 10/06/2023 | **Processed**<br>Confirmation Notice |
| 64 | AFFIRMATION<br>*Reply Affirmation* | Meola, R.<br>Filed: 10/11/2023<br>Received: 10/11/2023 | **Processed**<br>Confirmation Notice |
| 65 | EXHIBIT(S) - 1<br>*Affidavit of John M. Dubuc* | Meola, R.<br>Filed: 10/11/2023<br>Received: 10/11/2023 | **Processed**<br>Confirmation Notice |

| | | | |
|---|---|---|---|
| 66 | EXHIBIT(S) - 2<br>*Letter from Rosen Law, LLC* | Meola, R.<br>*Filed: 10/11/2023*<br>*Received: 10/11/2023* | **Processed**<br>Confirmation Notice |
| 67 | EXHIBIT(S) - 3<br>*CASP Notice of Conference* | Meola, R.<br>*Filed: 10/11/2023*<br>*Received: 10/11/2023* | **Processed**<br>Confirmation Notice |
| 68 | AFFIRMATION (Motion #3)<br>*EXHIBITS AND WITNESS LIST FOR HEARING* | Dubuc, J.<br>*Filed: 10/11/2023*<br>*Received: 10/11/2023* | **Processed**<br>Confirmation Notice |
| 69 | LETTER / CORRESPONDENCE TO JUDGE | Rosen, G.<br>*Filed: 10/11/2023*<br>*Received: 10/11/2023* | **Processed**<br>Confirmation Notice |
| 70 | TRIAL DOCUMENTS<br>*Respondent's witness list and exhibits* | Rosen, G.<br>*Filed: 10/11/2023*<br>*Received: 10/11/2023* | **Processed**<br>Confirmation Notice |
| 71 | LETTER/CORRESPONDENCE FROM COURT | Court User<br>*Filed: 10/12/2023*<br>*Received: 10/12/2023* | **Processed**<br>Confirmation Notice |
| 72 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #5) | Rosen, G.<br>*Filed: 10/12/2023*<br>*Received: 10/12/2023* | **Processed**<br>Confirmation Notice |
| 73 | EXHIBIT(S) - 1 (Motion #5)<br>*Federal Court Action Summons and Complaint* | Rosen, G.<br>*Filed: 10/12/2023*<br>*Received: 10/12/2023* | **Processed**<br>Confirmation Notice |
| 74 | EXHIBIT(S) - 2 (Motion #5)<br>*OSC Nassau County* | Rosen, G.<br>*Filed: 10/12/2023*<br>*Received: 10/12/2023* | **Processed**<br>Confirmation Notice |
| 75 | EXHIBIT(S) - 3 (Motion #5)<br>*OSC Albany Justice Weinstein* | Rosen, G.<br>*Filed: 10/12/2023*<br>*Received: 10/12/2023* | **Processed**<br>Confirmation Notice |

**Narrow By Options**



Sort By: Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 76 | EXHIBIT(S) - 4 (Motion #5)<br>Garageman's Lien | Rosen, G.<br>Filed: 10/12/2023<br>Received: 10/12/2023 | **Processed**<br>Confirmation Notice |
| 77 | EXHIBIT(S) - 5 (Motion #5)<br>Photographs | Rosen, G.<br>Filed: 10/12/2023<br>Received: 10/12/2023 | **Processed**<br>Confirmation Notice |
| 78 | EXHIBIT(S) - 6 (Motion #5)<br>Website Meola Law | Rosen, G.<br>Filed: 10/12/2023<br>Received: 10/12/2023 | **Processed**<br>Confirmation Notice |
| 79 | TRIAL DOCUMENTS<br>RESPONDENTS WITNESS LIST AND EXHIBITS | Rosen, G.<br>Filed: 10/13/2023<br>Received: 10/13/2023 | **Processed**<br>Confirmation Notice |
| 80 | AFFIRMATION<br>Objection to Improper Filing | Meola, R.<br>Filed: 10/13/2023<br>Received: 10/13/2023 | **Processed**<br>Confirmation Notice |
| 81 | EXHIBIT(S) - 1<br>Email from Chambers | Meola, R.<br>Filed: 10/13/2023<br>Received: 10/13/2023 | **Processed**<br>Confirmation Notice |
| 82 | NOTICE OF MOTION (Motion #6)<br>Notice of Motion for Sanctions | Meola, R.<br>Filed: 11/03/2023<br>Received: 11/03/2023 | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 83 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #6) | Meola, R.<br>Filed: 11/03/2023<br>Received: 11/03/2023 | **Processed**<br>Confirmation Notice |
| 84 | EXHIBIT(S) - 1 (Motion #6)<br>Affidavit of Matthew C. Wells | Meola, R.<br>Filed: 11/03/2023<br>Received: 11/03/2023 | **Processed**<br>Confirmation Notice |
| 85 | TRANSCRIPT OF PROCEEDINGS | Dubuc, J.<br>Filed: 11/06/2023<br>Received: 11/06/2023 | **Processed**<br>Confirmation Notice |
| 86 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #6) | Rosen, G.<br>Filed: 11/10/2023<br>Received: 11/10/2023 | **Processed**<br>Confirmation Notice |
| 87 | EXHIBIT(S) - 1 (Motion #6)<br>EXHIBIT 1 - LITIGATION HOLD LETTER | Rosen, G.<br>Filed: 11/10/2023<br>Received: 11/10/2023 | **Processed**<br>Confirmation Notice |
| 88 | EXHIBIT(S) - 2 (Motion #6)<br>EXHIBIT 2 - FEDERAL COMPLAINT | Rosen, G.<br>Filed: 11/10/2023<br>Received: 11/10/2023 | **Processed**<br>Confirmation Notice |
| 89 | EXHIBIT(S) - 3 (Motion #6)<br>EXHIBIT 3 - ORDER FROM JUDGE BLOCK | Rosen, G.<br>Filed: 11/10/2023<br>Received: 11/10/2023 | **Processed**<br>Confirmation Notice |
| 90 | EXHIBIT(S) - 4 (Motion #6)<br>EXHIBIT 4 - EMAIL FROM MEOLA'S ATTORNEY IN FEDERAL COUNSEL TO DISCUSS SETTLEMENT | Rosen, G.<br>Filed: 11/10/2023<br>Received: 11/10/2023 | **Processed**<br>Confirmation Notice |
| 91 | AFFIDAVIT OR AFFIRMATION IN REPLY | Meola, R.<br>Filed: 11/13/2023<br>Received: 11/13/2023 | **Processed**<br>Confirmation Notice |
| 92 | EXHIBIT(S) - 1<br>Affidavit of Nicholas A. Duston, Esq. | Meola, R.<br>Filed: 11/13/2023<br>Received: 11/13/2023 | **Processed**<br>Confirmation Notice |
| 93 | LETTER / CORRESPONDENCE TO JUDGE (Motion #6) | Rosen, G.<br>Filed: 11/13/2023<br>Received: 11/13/2023 | **Processed**<br>Confirmation Notice |
| 94 | LETTER / CORRESPONDENCE TO JUDGE | Meola, R.<br>Filed: 11/13/2023<br>Received: 11/13/2023 | **Processed**<br>Confirmation Notice |

| | | | |
|---|---|---|---|
| | | Received: 11/15/2023 | |
| 95 | LETTER/CORRESPONDENCE FROM COURT | Court User<br>Filed: 11/14/2023<br>Received: 11/14/2023 | **Processed**<br>Confirmation Notice |