# EXHIBIT C

STATE OF NEW YORK
SUPREME COURT         ALBANY COUNTY
-----------------------------------------------------------------
In the Matter of the
Special Proceeding Application of                              Index No.: 900899-22

VW CREDIT INC.,

       Petitioner(s)/Plaintiff(s),                                     **ORDER and JUDGMENT**

    -against-

BOSCAINO COLLISION & TOWING CORP., and THE
NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,
                                                               Judge Assigned:
       Respondent(s)/Defendant(s).                                 Hon. Richard M. Platkin
-----------------------------------------------------------------

Upon reading and filing Petitioner(s)/Plaintiff's Order to Show Cause dated **February 9, 2022**, and the petition in support thereof, with proof of service thereof and there being no opposition thereto, and this matter having come on regularly to be heard at an All-Purpose Term of the Court held at the Albany County Courthouse, Albany, New York, it is:

**ADJUDGED** that the petition is granted; and it is further

**ADJUDGED** that Respondent(s)/Defendant(s) **Boscaino Collision & Towing Corp.'s** claims against Petitioner(s)/Plaintiff(s) for garaging, repairing and storing the subject **2019 Audi bearing (VIN: WAUL2AF20KN112497)** and any sale based thereon is cancelled; and it is further

**ORDERED AND ADJUDGED** that the subject vehicle shall be delivered to Petitioner(s)/Plaintiff(s) on demand and the Court retains jurisdiction to enforce this directive; and it is further

**ORDERED AND ADJUDGED** that all stays are terminated upon Petitioner(s)/Plaintiff(s) taking possession of the subject vehicle; and it is further

**ORDERED AND ADJUDGED** that the bond herein is released; and it is further

**ORDERED AND ADJUDGED** that Petitioner(s)/Plaintiff's right to pursue conversion damages is preserved to abide the circumstances.

Dated: Albany, New York
       March 22, 2022

                                                  **HON. RICHARD M. PLATKIN**
                                                  **Acting Justice of the Supreme Court**

03/22/2022