# EXHIBIT D

STATE OF NEW YORK
SUPREME COURT      ALBANY COUNTY

------------------------------------------------------------

In the Matter of the
Special Proceeding Application of

          Index No.: 900899-22

VW CREDIT INC.,

      Petitioner(s)/Plaintiff(s),          **AMENDED**
                            **ORDER TO**
      -against-                     **SHOW CAUSE**

BOSCAINO COLLISION & TOWING CORP., and
THE NEW YORK STATE DEPARTMENT OF
MOTOR VEHICLES,
                              Judge Assigned:
      Respondent(s)/Defendant(s).      Hon. Richard M. Platkin

------------------------------------------------------------

## <u>NOTICE</u>

## THE PURPOSE OF THIS HEARING IS TO PUNISH <u>BOSCAINO COLLISION & TOWING CORP.</u> FOR CONTEMPT OF COURT.

## SUCH PUNISHMENT MAY CONSIST OF A FINE OR IMPRISONMENT OR BOTH, ACCORDING TO LAW.

## <u>WARNING</u>

## YOUR FAILURE TO APPEAR IN COURT MAY RESULT IN YOUR IMMEDIATE ARREST AND IMPRISONMENT FOR CONTEMPT OF COURT.

      **On** the affirmation of John M. Dubuc, dated **April 28, 2022,** by which it appears that **Boscaino Collision & Towing Corp.** has failed, neglected and otherwise refused to comply with the prior order issued by this Court, directing **Boscaino Collision & Towing Corp.** and all agents thereof to release to turn over a certain motor vehicle described hereto to petitioner/plaintiff;

      **IT IS HEREBY ORDERED** that Boscaino Collision & Towing Corp. show cause at an All-Purpose Term of this Court to be held at the Albany County Courthouse, in the City of Albany, County of Albany, State of New York on      May 26 , 2022 at  **10:00 a.m.** o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, why **Boscaino Collision & Towing Corp.** should not be adjudged in contempt of Court by reason of **Boscaino Collision & Towing Corp.'s** refusal to release the subject **2019 Audi** automobile bearing (VIN.:

WAUL2AF20KN112497) pursuant to said order and judgment, and punished for such contempt by the imposition of a fine, or imprisonment, or both, and an assessment of attorney's fees, pursuant to Sections 753 and 773 of the Judiciary Law, and why the petitioner herein should not have such other and further relief as is proper; and it is further

ORDERED that a copy of this Order to Show Cause and the papers upon which it is granted be served upon **Boscaino Collision & Towing Corp.** pursuant to CPLR Article 3 by _____ **May 6** , 2022, which shall be sufficient service.

PERSONAL APPEARANCES ARE REQUIRED by personally appearing at the Albany County Courthouse on the return of this Order to Show Cause _____.

Dated:   Albany, New York
          April 29, 2022

          _____
          ACTING JUSTICE OF THE SUPREME COURT

          04/29/2022