# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
-----------------------------------------------------------------------X
In the Matter of the
Special Proceeding Application of

VW CREDIT INC.,

                Petitioner(s)/Plaintiff(s),

   -against-

BOSCAINO COLLISION & TOWING CORP., and
THE NEW YORK STATE DEPARTMENT OF
MOTOR VEHICLES,

                Respondent(s)Defendant(s)..
-----------------------------------------------------------------------X

INDEX NO. 900899-22

**NOTICE OF CROSS-MOTION**

| | |
|---|---|
| CROSS-MOTION BY: | Rosen Law LLC<br>Attorneys for Respondent/Defendant<br>BOSCAINO COLLISION & TOWING CORP.<br>216 Lakeville Road<br>Great Neck, New York 11020<br>(516) 437-3400 |
| DATE, TIME & PLACE: | March 27, 2023 at 9:30 A.M.<br>Hon. Richard M. Platkin<br>Albany County Courthouse<br>16 Eagle Street, Room 256<br>Albany, NY 12207 |
| SUPPORTING PAPERS: | Affirmation of Gary Rosen, Esq., dated March 17, 2023, the Affidavit of Edward Boscaino and the exhibits thereto. |
| RELIEF SOUGHT: | a) An Order dismissing the petition (the "Petition" – NYSCEF Doc. 1) pursuant to CPLR §3211(a)(1), (7) and (8) on the basis that Plaintiff failed to state a cause of action, Defendant's documentary evidence attached hereto which unequivocally demonstrates that the Defendant BOSCAINO COLLISION & TOWING CORP. had and has a valid garagekeeper's lien and was entitled to auction the certain 2019 AUDI motor vehicle (VIN: WAUL2AF20KN112497) (the "Automobile"), and for failure to make proper service pursuant to CPLR§311, |

b)  in the event that this Court denied Defendant's motion to dismiss, Defendant seeks an Order pursuant to CPLR §5015, CPLR §3012(d), and CPLR §2004 to excuse the delay in filing opposition to Petition and to permit Defendant to file an answer to this action so that this action may be heard on the merits,

c)  an Order pursuant to CPLR §511(a)(b), changing the place of trial based upon the fact that Albany County is not the property venue, given that none of the parties reside there, no aspect of the claim or transaction occurred there, Respondent/Defendant THE NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES never responded to the Petition, and Plaintiff never moved for default within a year thus this action should be dismissed sue sponte pursuant to CPLR §3215(c), thus making the only proper venue for this action in Kings County, and that Respondent/Defendant THE NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES was not a necessary party to this action, and that Plaintiff only named Respondent/Defendant THE NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES to have jurisdiction in Albany County for Plaintiff's counsel's convenience;

d)  Denial of Plaintiff's motion; and

e)  relief as this Court may deem just and proper under the circumstances, together with the costs and disbursements of this action.

ANSWERING PAPERS:  Pursuant to CPLR 2214(b), all answering papers must be filed at least seven (7) days prior to the return date of this motion.

Dated: March 17, 2023

RESPECTFULLY SUBMITTED,

_____
Gary Rosen, Esq.
Rosen Law LLC
Attorneys for Respondent/Defendant
BOSCAINO COLLISION & TOWING CORP.
216 Lakeville Road
Great Neck, New York 11020
516-437-3400