# EXHIBIT H

# Supreme Court
### State of New York

**Richard Platkin**
*Acting Justice*

*Albany County Courthouse*
*16 Eagle Street, Room 256*
*Albany, New York 12207*
*(518) 285-8941*
*Fax (518) 694-3195*
*PlatkinChambers@nycourts.gov*

July 27, 2023

**Via NYSCEF and Electronic Transmission**

Joseph G. Noonan, Esq.
(*joseph@rosenlawllc.com*)
Rosen Law LLC
216 Lakeville Road
Great Neck, New York 11020

      Re:    Albany County Supreme Court
               *VW Credit Inc. v Boscaino Collision & Towing Corp., et al.*
               Index No.: 900899-22

Dear Counselor:

      Your email request of July 26, 2023, seeking to convert the in-person inquest on damages into a virtual appearance, is denied.

      While I generally am very accommodating when it comes to remote appearances for routine conferences and even oral arguments, I have found that the presentation of live testimony and evidence in the courtroom is the best method of conducting trials and other evidentiary hearings.

      Given the relatively modest value associated with the subject vehicle in its present condition (*see* NYSCEF Doc No. 37), I encourage the parties to negotiate an agreement on value.

      Alternatively, I would be willing to conduct an "inquest on papers" if the parties enter into a written stipulation allowing the Court to decide conversion damages on the basis of competing "expert" affidavits. However, the parties would need to agree in writing that (i) the Court may engage in fact-finding on the basis of the affidavits and any exhibits, (ii) each party is freely and voluntarily waiving its right to a hearing, and (iii) the Court's finding <u>as to value</u> shall be final and not subject to appeal. Any such stipulation should include a briefing schedule.

FILED: ALBANY COUNTY CLERK 07/27/2023 12:12 PM
NYSCEF DOC. NO. 52
900899-22

INDEX NO. 900899-22
RECEIVED NYSCEF: 07/27/2023
Page Two

Otherwise, the inquest shall remain on the calendar for an **in-person** appearance on **August 3, 2023 at 10:30 a.m.**

Very truly yours,

Richard Platkin

RP/dap

cc: John M. Dubuc, Esq. (*via NYSCEF*)