# EXHIBIT I

# Supreme Court
## State of New York



**Richard Platkin**
*Acting Justice*

*Albany County Courthouse*
*16 Eagle Street, Room 256*
*Albany, New York 12207*
*(518) 285-8941*
*Fax (518) 694-3195*
*PlatkinChambers@nycourts.gov*

July 31, 2023

**Via NYSCEF and Electronic Transmission**

Joseph G. Noonan, Esq.
(*joseph@rosenlawllc.com*)
Rosen Law LLC
216 Lakeville Road
Great Neck, New York 11020

        Re:    **Albany County Supreme Court**
                  *VW Credit Inc. v Boscaino Collision & Towing Corp., et al.*
                  **Index No.: 900899-22**

Dear Counselor:

      I am in receipt of your email of July 28, 2023, requesting an adjournment of the in-person inquest on damages scheduled for August 3, 2023.

      I am not averse to adjourning the inquest upon a proper request, but I do not consider your request to be proper.

      You say an adjournment is needed "to make travel arrangements for [your] firm, [your] expert, and [your] client to go upstate in order to appear in person," but you have not given the Court any indication how long an adjournment you are requesting.

      Moreover, I expect counsel to confer with opposing counsel in good faith on requests like this. In fact, my email to Attorney Rosen on July 27, 2023, which is included within your email, explicitly asked you to "confer in good faith with opposing counsel," which does not appear to have happened.

FILED: ALBANY COUNTY CLERK 07/31/2023 12:07 PM
NYSCEF DOC. NO. 53

INDEX NO. 900899-22
RECEIVED NYSCEF: 07/31/2023

900899-22

Page Two

Accordingly, the requested adjournment is **denied**, without prejudice to renewal upon a proper request made (1) after conferring in good faith with opposing counsel about the adjournment request and new dates/times, and (2) providing the Court several proposed new dates/times for an adjourned in-person hearing.

Very truly yours,

Richard Platkin

RP/dap

cc: John M. Dubuc, Esq. (*via NYSCEF*)