# EXHIBIT J

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
JUDGE PLATKIN, HON. RICHARD M.



VW Credit Inc.

- v. -

Boscaino Collision & Towing Corp. et al

Index No.    900899-22

## COURT NOTICE

Counselors:

The inquest on damages scheduled for September 7, 2023 is hereby adjourned to Friday, October 13, 2023 at 10:30 a.m.

J. Platkin

DATED 09/06/2023                              FILED By Hon. Richard M. Platkin