# EXHIBIT N

STATE OF NEW YORK
SUPREME COURT          ALBANY COUNTY
-----------------------------------------------------------

In the Matter of the
Special Proceeding Application of

VW CREDIT, INC.,

      Petitioner/Plaintiff,

-against-

BOSCAINO COLLISION & TOWING CORP.,
and THE NEW YORK STATE DEPARTMENT
OF MOTOR VEHICLES,

      Respondent(s)/Defendant(s).
-----------------------------------------------------------

**Index No.:** 900899-22

**NOTICE OF MOTION
FOR SANCTIONS**

Judge Assigned:
Hon. Richard M. Platkin

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Rudolph J. Meola, dated September 25, 2023, together with the exhibit attached thereto, the undersigned will move this Court on October 13, 2023 at 10:30 o'clock in the forenoon, or as soon thereafter as counsel can be heard for an order pursuant to 22 NYCRR 130-1.1 (c) (1) (2) and (3) assessing sanctions against Boscaino Collision & Towing Corp., Rosen Law LLC and Gary Rosen, Esq. for engaging in frivolous conduct, attempting to influence this litigation by frivolous assertions, threats and intimidation, and;

**PLEASE TAKE FURTHER NOTICE** that any opposition hereto must be served at least seven (7) days prior to the return date hereof.

Dated: Albany, New York
      September 25, 2023

                                        LAW OFFICE OF RUDOLPH J. MEOLA

                                        By: _____
                                           **Rudolph J. Meola**
TO:                                        Attorney for Petitioner/Plaintiff
                                           1822 Western Avenue
Gary Rosen, Esq.                         Albany, New York 12203
ROSEN LAW, LLC                      Phone: (518) 713-2030
**Attorney for Respondent
Boscaino Collision & Towing Corp.**
216 Lakeville Road
Great Neck, NY 11020